

ENTERED
02/02/2021

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **In re** | § | **Case No. 21-70009** |
| | § | |
| **JOSIAH'S TRUCKING LLC** | § | **(Involuntary Proceeding)** |
| | § | |
| **Alleged Debtor.** | § | |

**ORDER FOR THE APPOINTMENT OF AN INTERIM TRUSTEE**
**Resolving ECF No. 3**

This matter came on for hearing on the 2nd day of February, 2021, upon *Emergency Motion for an Order Appointing an Interim Trustee under 11 U.S.C. § 701 and Granting Emergency Relief* (the "Motion") filed in this involuntary case by the Petitioning Creditors[1], requesting the appointment of an interim trustee pursuant to 11 U.S.C. § 303(g) and Rule 2001 of the Federal Rules of Bankruptcy Procedure. The Court having considered the Motion and any responses thereto, finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that notice of the Motion and the opportunity for hearing on the Motion was appropriate under the particular circumstances; it is

ORDERED that the Motion is GRANTED, the appointment being necessary to protect and preserve property of the Alleged Debtor's estate and to prevent concealment, waste, loss or conversion, if any, of the assets of the estate by the Alleged Debtor. Additionally, there is an immediate need for an investigation of known and potential assets; it is further

ORDERED that the United States Trustee shall appoint an interim trustee under 11 U.S.C. § 701 to preserve property of the estate and to prevent loss to the estate and shall consider the election of the Petitioning Creditors and all parties-in-interest to name an Interim Trustee, pending a full and complete election or decision by creditors, if any should be involved; and it is further

[1] The Petitioning Creditors filing the original Involuntary Petition are: Sonia Tellez, Carlos Tellez and Rosemary Rodriguez, Individually and as next friend of I. Tellez, a minor.

ORDERED that the duties of the interim trustee shall include the following, but not limited to: (1) take possession of the property of the Alleged Debtor's estate and to operate the Alleged Debtor's business including temporary and preliminary injunctive relief to preserve the proceeds of the Debtor's insurance policies in the hands of any third party; (2) collect and analyze the Alleged Debtor's financial records to identify all property lost through fraudulent transfers and/or preferences, if any, and to bring the property back into the estate for the benefit of creditors; and (3) taking of all other acts necessary to preserve and protect the property of the estate, including taking possession of property as might be necessary to prevent any further loss to the estate.

ORDERED that, pursuant to Rule 2001(b) of the Federal Rules of Bankruptcy Procedure, the appointment of the interim trustee by the United States Trustee is contingent upon the furnishing of a bond by the Petitioning Creditors in the amount of $100.00 conditioned to indemnify the Alleged Debtor for costs, attorney's fees, expenses, and damages allowable under 11 U.S.C. § 303(i).

Signed: February 02, 2021

Eduardo V. Rodriguez
United States Bankruptcy Judge

# Pulman, Cappuccio & Pullen, LLP

Attorneys & Counselors

**Catherine Stone Curtis**
(956) 467-1900 x402
ccurtis@pulmanlaw.com

**2161 NW Military Highway, Suite 400**
**San Antonio, Texas 78213**
**www.pulmanlaw.com**
**Telephone: (210) 222-9494**
**Facsimile: (210) 892-1610**

**Office Locations:**
San Antonio
Dallas / Fort Worth
(By Appointment Only)
McAllen

February 5, 2021

***VIA HAND DELIVERY VIA COURIER SERVICE***
***VIA LONE STAR OVERNIGHT***
***VIA CERTIFIED MAIL, RRR***

Josiah's Trucking, LLC
Attn: David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, Texas 78542

*Re:* *Bankruptcy Case No. 21-70009; In re Josiah's Trucking, LLC, Alleged Debtor;* ***IMMMEDIATE ATTENTION REQUIRED***

Dear Mr. Vasquez:

I am the interim trustee appointed in the involuntary bankruptcy proceeding filed against Josiah's Trucking, LLC, of which you are the managing member and registered agent. A copy of the bankruptcy court's order appointing an interim trustee in the case and the United States Trustee's Notice of my appointment are attached for your reference.

As trustee, I write today to: take possession of the property belonging to Josiah's Trucking, LLC; collect and analyze the financial records of Josiah's Trucking LLC; take all acts necessary to preserve and protect property of the estate, and all other acts authorized by the court's order and Title 11 of the Untied States Code (the "Bankruptcy Code"). Accordingly, I demand immediate turnover of:

(1) The location, access/gate code information, keys, titles, and all other identifying information for all vehicles, equipment, office furniture, or any other personal property or assets belonging to Josiah's Trucking, LLC, **no later than 5:00 p.m. on Monday, February 8, 2021**. Regarding any vehicles or other equipment in particular, please provide the physical location and access information and provide the keys to my office location, which is provided below.

**(2)** The QuickBooks (or similar bookkeeping software, if used in the past two (2) calendar or fiscal years of the company) extract file for 2019, 2020, and 2021, including user names

and passwords, delivered via DropBox or similar to ccurtis@pulmanlaw.com, **no later than 5:00 p.m. on Monday, February 8, 2021.**

**(3)** The last two (2) years of complete bank statements, from including complete account numbers on the statements, for any financial account to which Josiah's Trucking, LLC or you, on behalf of Josiah's Trucking, LLC, has signatory authority, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

**(4)** The last two (2) years of filed tax returns for Josiah's Trucking, LLC, including all depreciation or other attached schedules, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

(5) The and 2019 and 2020 general ledger, end of year balance sheet, end of year profit and loss statement, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

**(6)** Copies of all insurance policies including riders, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

My physical office address is:

Pulman, Cappuccio & Pullen LLP
6316 N. 10th St. Bldg. A, Ste. 102
McAllen, Texas 78504.

Please call 956-467-1900 ext. 405 upon your arrival.

Thank you for your prompt cooperation.

Sincerely,

Catherine Stone Curtis

CSC
Enclosures

cc: Mr. Simon Meyer, *via email* simon.meyer@lockelord.com

{00517056}

Exhibit C

**Invoice** HFlow Logistics Services 956-330-6372

465152

| SOLD TO | Mury Garcia | SHIP TO | David Vasquez |
|---|---|---|---|
| ADDRESS | 6316 N. 10th St #102 | ADDRESS | 7612 Petirrojo St. |
| CITY, STATE, ZIP | McAllen Tx. | CITY, STATE, ZIP | Edinburg Tx 78542 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | Sameday | | 2/8/21 |

| | | | |
|---|---|---|---|
| 1 | Env. mail | | |

Received by: Thanairy Lara

Sign Thanairy Lara

2/8/21

**Exhibit C**

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Catherine S. Curtis, Ch 7 Trustee
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Josiah's Trucking, LLC
Attn: David Vasquez; Registered Agent
7612 Petirrojo Street
Edinburg, TX 78542

9590 9402 5458 9189 0287 02

2. Article Number (Transfer from service label)

7019 2280 0000 5537 7763

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [handwritten]

C. Date of Delivery: 2-8-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Exhibit C**

LSO

WWW.LSO.COM
Questions? Call 800-800-8984

Airbill No. LSO0AZGC

**1. To:** Print Name (Person): David Vasquez
Phone (Important):
Company Name: Josiah's Trucking, LLC
Street Address (No P.O. Box or P.O. Box Zip Code Deliveries): 7612 Petirrojo Street
Suite / Floor:
City: Edinburg State: Texas Zip: 78542

**2. From:** Print Name (Person): Catherine S. Curtis Phone (Important): (956) 467-1900
Company Name: Pulman, Cappuccio & Pullen LLP
Street Address: 6316 N. 10th St.
Suite / Floor: Bldg A, Ste 102
City: McAllen State: TX Zip: 78504

**3. Service:** Visit www.lso.com for availability of services to your destination and enjoy added features by creating your shipping label online.

- [x] LSO Priority Overnight* By 10:30 a.m. to most cities
- [ ] LSO Early Overnight* By 8:30 a.m. select cities
- [ ] LSO Economy Next Day* By 3 p.m. to most cities
- [ ] LSO 2nd Day*
- [ ] LSO Ground
- [ ] LSO Saturday*
- [ ] Other ______

*Check commitment times and availability at www.lso.com

**Assumed LSO Priority Overnight service unless otherwise noted.**

- [ ] Deliver Without Delivery Signature (See Limits of Liability below)

Release Signature

L_______ x W_______ x H_______

**4. Package:** Weight: Declared Value:

Your Company's Billing Reference Information: Ltr to Josiah's Trucking 21-70009 2050.834

Ship Date: (mm/dd/yy) 2 / 5 / 21

**5. Payment:** Bill To Account Number: 33068

**DON'T HAVE AN ACCOUNT NUMBER?** No problem! **Pay by CREDIT CARD online. Visit LSO.COM and click the "SHIP WITH CREDIT CARD" button to pay for your shipments securely online.** Or open an account today at **LSO.COM.**

**For Your Security, LSO No Longer Accepts Credit Card Numbers Written On Airbills.**

**FOR DRIVER USE ONLY**

Driver Number ______
- [ ] Check here if LSO Supplies are used with LSO Ground Service.

Pick-up Location ______
Date: ______
Time: ______
City Code:

*ILLEGIBLE HANDWRITING ON AIRBILL MAY DELAY TRANSIT TIMES OR RESULT IN NON-DELIVERY. LIMIT OF LIABILITY: We are not responsible for claims in excess of $100 for any reason unless you: 1) declare a greater value (not to exceed $25,000); 2) pay an additional fee; 3) and document your actual loss in a timely manner. We will not pay any claim in excess of the actual loss. We are not liable for any special or consequential damages. If you ask us to deliver a package without obtaining a delivery signature, you release us of all liability for claims resulting from such service. "Signature Required" service is only available when printing a label online at LSO.com.* ***NO DELIVERY SIGNATURE WILL BE OBTAINED FOR LSO EARLY OVERNIGHT SERVICE. Packaging provided by LSO is for EXPRESS USE ONLY – NEVER TO BE USED FOR LSO GROUND Service. OVERSIZE RATES MAY APPLY. DELIVERY COMMITMENTS MAY VARY. ADDITIONAL FEES MAY APPLY.*** *See LSO Service Guide for further details.*

# PULMAN, CAPPUCCIO & PULLEN, LLP

ATTORNEYS & COUNSELORS

CATHERINE STONE CURTIS
(956) 467-1900 X402
CCURTIS@PULMANLAW.COM

2161 NW MILITARY HIGHWAY, SUITE 400
SAN ANTONIO, TEXAS 78213
WWW.PULMANLAW.COM
TELEPHONE: (210) 222-9494
FACSIMILE: (210) 892-1610

OFFICE LOCATIONS:
SAN ANTONIO
DALLAS / FORT WORTH
(BY APPOINTMENT ONLY)
MCALLEN

February 9, 2021

***VIA LONE STAR OVERNIGHT***
***VIA CERTIFIED MAIL, RRR***
***VIA FIRST CLASS U.S. MAIL***

Josiah's Trucking, LLC
Attn: David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, Texas 78542

*Re: Bankruptcy Case No. 21-70009; In re Josiah's Trucking, LLC, Alleged Debtor;* ***IMMEDIATE ATTENTION REQUIRED***

Dear Mr. Vasquez:

I am the interim trustee appointed in the involuntary bankruptcy proceeding filed against Josiah's Trucking, LLC (the "Alleged Debtor"), of which you are the managing member and registered agent. I sent you the enclosed correspondence on February 5, 2021, requesting turnover of the Alleged Debtor's assets. A copy of the letter was re-delivered to you by courier on Monday, February 8, 2021. To date, you have not responded to the letter or turned over any records or assets.

I again demand turnover of the Alleged Debtor's assets and financial records as stated in the enclosed letter. If you do not provide these documents **by 5:00 p.m. on Thursday, February 11, 2021**, I will file appropriate pleadings with the United States Bankruptcy Court for the Southern District of Texas, McAllen Division, to compel your compliance, and may request attorney's fees and expenses.

I am sending this letter directly to you because it is my understanding that you are not represented by an attorney. If you have questions about what your rights are, you should consult with an attorney. Neither me, my staff, nor any professional employed on my behalf can provide you with legal advice.

Exhibit D Case 21-70009 Document 26-1 Filed in TXSB on 02/11/21 Page 9 of 16

Page 2 of 2
Letter to David Vasquez
February 9, 2021

Thank you for your prompt cooperation.

Sincerely,

Catherine Stone Curtis

CSC/
Enclosures

cc: Mr. Simon Mayer, *via email* simon.mayer@lockelord.com

{00517331}

# Pulman, Cappuccio & Pullen, LLP

Attorneys & Counselors

**Catherine Stone Curtis**
(956) 467-1900 x402
ccurtis@pulmanlaw.com

**2161 NW Military Highway, Suite 400**
**San Antonio, Texas 78213**
**www.pulmanlaw.com**
**Telephone: (210) 222-9494**
**Facsimile: (210) 892-1610**

**Office Locations:**
San Antonio
Dallas / Fort Worth
(By Appointment Only)
McAllen

February 5, 2021

***VIA HAND DELIVERY VIA COURIER SERVICE***
***VIA LONE STAR OVERNIGHT***
***VIA CERTIFIED MAIL, RRR***

Josiah's Trucking, LLC
Attn: David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, Texas 78542

Re: *Bankruptcy Case No. 21-70009; In re Josiah's Trucking, LLC, Alleged Debtor;* ***IMMMEDIATE ATTENTION REQUIRED***

Dear Mr. Vasquez:

I am the interim trustee appointed in the involuntary bankruptcy proceeding filed against Josiah's Trucking, LLC, of which you are the managing member and registered agent. A copy of the bankruptcy court's order appointing an interim trustee in the case and the United States Trustee's Notice of my appointment are attached for your reference.

As trustee, I write today to: take possession of the property belonging to Josiah's Trucking, LLC; collect and analyze the financial records of Josiah's Trucking LLC; take all acts necessary to preserve and protect property of the estate, and all other acts authorized by the court's order and Title 11 of the Untied States Code (the "Bankruptcy Code"). Accordingly, I demand immediate turnover of:

(1) The location, access/gate code information, keys, titles, and all other identifying information for all vehicles, equipment, office furniture, or any other personal property or assets belonging to Josiah's Trucking, LLC, **no later than 5:00 p.m. on Monday, February 8, 2021**. Regarding any vehicles or other equipment in particular, please provide the physical location and access information and provide the keys to my office location, which is provided below.

**(2)** The QuickBooks (or similar bookkeeping software, if used in the past two (2) calendar or fiscal years of the company) extract file for 2019, 2020, and 2021, including user names

and passwords, delivered via DropBox or similar to ccurtis@pulmanlaw.com, **no later than 5:00 p.m. on Monday, February 8, 2021.**

**(3)** The last two (2) years of complete bank statements, from including complete account numbers on the statements, for any financial account to which Josiah's Trucking, LLC or you, on behalf of Josiah's Trucking, LLC, has signatory authority, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

**(4)** The last two (2) years of filed tax returns for Josiah's Trucking, LLC, including all depreciation or other attached schedules, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

(5) The and 2019 and 2020 general ledger, end of year balance sheet, end of year profit and loss statement, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

**(6)** Copies of all insurance policies including riders, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

My physical office address is:

Pulman, Cappuccio & Pullen LLP
6316 N. 10th St. Bldg. A, Ste. 102
McAllen, Texas 78504.

Please call 956-467-1900 ext. 405 upon your arrival.

Thank you for your prompt cooperation.

Sincerely,

Catherine Stone Curtis

CSC
Enclosures

cc: Mr. Simon Meyer, *via email* simon.meyer@lockelord.com

{00517056}

United States Bankruptcy Court Southern - Texas
ENTERED
02/02/2021

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **In re** | § | **Case No. 21-70009** |
| | § | |
| **JOSIAH'S TRUCKING LLC** | § | **(Involuntary Proceeding)** |
| | § | |
| **Alleged Debtor.** | § | |

**ORDER FOR THE APPOINTMENT OF AN INTERIM TRUSTEE
Resolving ECF No. 3**

This matter came on for hearing on the 2nd day of February, 2021, upon *Emergency Motion for an Order Appointing an Interim Trustee under 11 U.S.C. § 701 and Granting Emergency Relief* (the "Motion") filed in this involuntary case by the Petitioning Creditors[1], requesting the appointment of an interim trustee pursuant to 11 U.S.C. § 303(g) and Rule 2001 of the Federal Rules of Bankruptcy Procedure. The Court having considered the Motion and any responses thereto, finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that notice of the Motion and the opportunity for hearing on the Motion was appropriate under the particular circumstances; it is

ORDERED that the Motion is GRANTED, the appointment being necessary to protect and preserve property of the Alleged Debtor's estate and to prevent concealment, waste, loss or conversion, if any, of the assets of the estate by the Alleged Debtor. Additionally, there is an immediate need for an investigation of known and potential assets; it is further

ORDERED that the United States Trustee shall appoint an interim trustee under 11 U.S.C. § 701 to preserve property of the estate and to prevent loss to the estate and shall consider the election of the Petitioning Creditors and all parties-in-interest to name an Interim Trustee, pending a full and complete election or decision by creditors, if any should be involved; and it is further

[1] The Petitioning Creditors filing the original Involuntary Petition are: Sonia Tellez, Carlos Tellez and Rosemary Rodriguez, Individually and as next friend of I. Tellez, a minor.

ORDERED that the duties of the interim trustee shall include the following, but not limited to: (1) take possession of the property of the Alleged Debtor's estate and to operate the Alleged Debtor's business including temporary and preliminary injunctive relief to preserve the proceeds of the Debtor's insurance policies in the hands of any third party; (2) collect and analyze the Alleged Debtor's financial records to identify all property lost through fraudulent transfers and/or preferences, if any, and to bring the property back into the estate for the benefit of creditors; and (3) taking of all other acts necessary to preserve and protect the property of the estate, including taking possession of property as might be necessary to prevent any further loss to the estate.

ORDERED that, pursuant to Rule 2001(b) of the Federal Rules of Bankruptcy Procedure, the appointment of the interim trustee by the United States Trustee is contingent upon the furnishing of a bond by the Petitioning Creditors in the amount of $100.00 conditioned to indemnify the Alleged Debtor for costs, attorney's fees, expenses, and damages allowable under 11 U.S.C. § 303(i).

Signed: February 02, 2021

Eduardo V. Rodriguez
United States Bankruptcy Judge

**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN DISTRICTS OF TEXAS
ALICIA L. BARCOMB
TRIAL ATTORNEY
515 Rusk St., Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Fax: (713) 718-4670
Alicia.mccullar@usdoj.gov**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 21-70009** |
| **JOSIAH'S TRUCKING, LLC,** | § | |
| | § | **CHAPTER 7** |
| | § | |
| **ALLEGED DEBTOR.** | § | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND FIXING OF INTERIM TRUSTEE BOND**

Pursuant to 11 U.S.C. §§ 701(a) and 303(g), Catherine Curtis is appointed interim trustee in the above styled involuntary case pursuant to the Order for the Appointment of an Interim Trustee (Interim Trustee Order) (ECF # 15) entered on February 2, 2021. The interim trustee shall comply with the duties specified in the Interim Trustee Order. Pursuant to Fed. R. Bankr. P. 2008, the interim trustee will be deemed to have accepted this appointment unless it is rejected within seven days of receipt of this notice. The bond for this case will be included under the trustee's existing blanket bond.

RESPECTFULLY SUBMITTED,
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

DATED: February 3, 2021

*/s/ Alicia L. Barcomb*
Alicia L. Barcomb
Texas Bar No. 24106276
Trial Attorney
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
(713) 718-4650
Alicia.mccullar@usdoj.gov



USPS TRACKING #

MCALLEN TX 785

9590 9402 5458 9189 0287 33

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Catherine S. Curtis, Ch 7 Trustee
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504

21-70009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Josiahs Trucking, LLC
Attn: David Vasquez
7612 Petirrojo Street
Edinburg, TX 78542

9590 9402 5458 9189 0287 33

2. Article Number (Transfer from service label)

7019 2280 0000 5537 7749

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [handwritten] Mejia
C. Date of Delivery: 2-10-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**Exhibit E**

LSO

WWW.LSO.COM
Questions? Call 800-800-8984

Airbill No. 50132850

**1. To:**
Print Name (Person): David Vasquez
Phone (Important):
Company Name: Josiah's Trucking, LLC
Street Address (No P.O. Box or P.O. Box Zip Code®Deliveries): 7612 Petirrojo Street
Suite / Floor:
City: Edinburg State: Texas Zip: 78542

**2. From:**
Print Name (Person): Catherine S. Curtis
Phone (Important): (956) 467-1900
Company Name: Palman Cappuccio & Pullen, LLP
Street Address: 6316 N. 10th St.
Suite / Floor: Bldg A, Ste 102
City: McAllen State: Texas Zip: 78504

**3. Service:** Visit www.lso.com for availability of services to your destination and enjoy added features by creating your shipping label online.

- [x] **LSO Priority Overnight*** By 10:30 a.m. to most cities
- [ ] **LSO Early Overnight*** By 8:30 a.m. select cities
- [ ] **LSO Economy Next Day*** By 3 p.m. to most cities
- [ ] **LSO 2nd Day***
- [ ] **LSO Ground**
- [ ] **LSO Saturday***
- [ ] Other ____________

*Check commitment times and availability at www.lso.com

**Assumed LSO Priority Overnight service unless otherwise noted.**

- [ ] Deliver Without Delivery Signature (See Limits of Liability below)

Release Signature ____________

L______ x W______ x H______

**4. Package:**
Weight:
Declared Value:
Your Company's Billing Reference Information: Ltr to David Vasquez d 2/9/21 21-70009 2050.834
Ship Date: (mm/dd/yy) 2 / 9 / 21

**5. Payment:**
Bill To Account Number: 33068
Bill To Credit Card - MC, VISA, AMEX, DISCOVER
Credit Card Number ____________
Expiration Date: (mm/yy) /

**FOR DRIVER USE ONLY**
Driver Number ______
- [ ] Check here if LSO Supplies are used with LSO Ground Service.

Pick-up Location ______
Date: ______
Time: ______
City Code:

LIMIT OF LIABILITY: We are not responsible for claims in excess of $100 for any reason unless you: 1) declare a greater value (not to exceed $25,000); 2) pay an additional fee; 3) and document your actual loss in a timely manner. We will not pay any claim in excess of the actual loss. We are not liable for any special or consequential damages. Additional limitations of liability are contained in our current Service Guide. If you ask us to deliver a package without obtaining a delivery signature, you release us of all liability for claims resulting from such service. **NO DELIVERY SIGNATURE WILL BE OBTAINED FOR LSO EARLY OVERNIGHT SERVICE. PACKAGING PROVIDED BY LSO IS NOT INTENDED FOR USE ON LSO GROUND SERVICE. OVERSIZE RATES MAY APPLY. DELIVERY COMMITMENTS MAY VARY. ADDITIONAL FEES MAY APPLY.**