**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **In Re:** § | | **Case No. 21-70009-EVR** |
| **JOSIAH'S TRUCKING, LLC** § | | **(Involuntary Proceeding)** |
| **Alleged Debtor(s)** § | | **Chapter 7** |

**ORDER GRANTING EMERGENCY MOTION TO COMPEL ALLEGED DEBTOR TO TURN OVER PROPERTY OF THE ESTATE**
[Relates to Docket No.      ]

CAME ON FOR CONSIDERATION the Emergency Motion to Compel Alleged Debtor to Turn Over Property of the Estate (the "*Motion*") filed by the Interim Trustee[1], Catherine Stone Curtis, and jurisdiction and venue being proper, and after notice and opportunity for hearing, the Court finds that the Motion is meritorious and should be GRANTED.  It is therefore

**ORDERED** that the Alleged Debtor shall, within one (1) business day of the entry of this Order deliver, or cause to be delivered, to the Interim Trustee, the following:

(1) The location, access/gate code information, keys, titles, and all other identifying information for all vehicles, equipment, office furniture, or any other personal property or assets belonging to Josiah's Trucking, LLC.

(2) The QuickBooks (or similar bookkeeping software, if used in the past two (2) calendar or fiscal years of the company) extract file for 2019, 2020, and 2021, including user names and passwords, delivered via DropBox or similar to ccurtis@pulmanlaw.com.

(3) The last two (2) years of complete bank statements, from including complete account numbers on the statements, for any financial account to which Josiah's Trucking, LLC or you, on behalf of Josiah's Trucking, LLC, has signatory authority, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to the Trustee's physical office address.

(4) The last two (2) years of filed tax returns for Josiah's Trucking, LLC, including all depreciation or other attached schedules, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to the Trustee's physical office address.

---

[1] All capitalized terms have the same meaning as defined in the Motion.

1

(5) The and 2019 and 2020 general ledger, end of year balance sheet, end of year profit and loss statement, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to the Trustee's physical office address.

(6) Copies of all insurance policies including riders, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to the Trustee's physical office address.

The Trustee's physical office address is:

Pulman, Cappuccio & Pullen LLP
6316 N. 10th St. Bldg. A, Ste. 102
McAllen, Texas 78504.
[Call (956) 467-1900 ext. 405 upon arrival.]

DATED:

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge