

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN

ENTERED
02/18/2021

| | | |
|---|---|---|
| IN RE: | § | |
| JOSIAH'S TRUCKING, LLC, | § | CASE NO: 21-70009 |
|    Debtor. | § | |
| | § | |
| | § | |
| | § | CHAPTER 7 |

ORDER
<u>SETTING ELECTRONIC HEARING</u>
*Regarding ECF No. 39*

1. A hearing on Emergency Motion of Josiah's Trucking LLC to Convert to Chapter 11, Which is Filed in the Alternative to and Subject to and Without Waiving Josiah's Trucking LLC's Motion to Dismiss [Dkt. 32], ECF No. 39, shall be conducted electronically before the United States Bankruptcy Court, Southern District of Texas, McAllen Division on **February 25, 2021 at 2:30 p.m..** (Central Standard Time).

2. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 712.775.8972, conference room number 999276 **And** to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

3. **Use of speaker phones are not permitted.  Parties wishing to participate in the hearing must either pick up the receiver, or utilize some form of head set such as ear buds or headphones.  Participants may not have more than one open phone line while participating.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. Within one business day of receipt of this Order, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

   SIGNED 02/18/2021



Eduardo Rodriguez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 21-70009-evr |
| Josiah's Trucking, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-7 | User: jchavez | Page 1 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf002 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Josiah's Trucking, LLC, c/o David Vasquez, Registered Agent, 7612 Petirrojo St., Edinburg, TX 78542-3649 |
| ptcrd | + | Carlos Tellez, c/o Luis Cardenas, Escobedo & Cardenas, LLP, 1602 Dulcinea, Edinburg, TX 78539-7609 |
| ptcrd | + | Rosemary Rodriguez, c/o Luis Cardenas, Escobedo & Cardenas, LLP, 1602 Dulcinea, Edinburg, TX 78539-7609 |
| ptcrd | + | Sonia Tellez, c/o Luis Cardenas, Escobedo & Cardenas, LLP, 1602 Dulcinea, Edinburg, TX 78539-7609 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Brooklyn Specialty Insurance Co. Risk Retention Gr |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Antonio Villeda | on behalf of Debtor Josiah's Trucking  LLC avilleda@mybusinesslawyer.com, VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ccheatham@mybusinesslawyer.com;ehury@mybusinesslawyer.com;info2@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com |
| Catherine Stone Curtis | ccurtis@pulmanlaw.com ecf@pulmanlaw.com;mgarcia@pulmanlaw.com;csc@trustesolutions.net |
| Catherine Stone Curtis | |

| | | |
|---|---|---|
| District/off: 0541-7 | User: jchavez | Page 2 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf002 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Trustee Catherine Stone Curtis ccurtis@pulmanlaw.com ecf@pulmanlaw.com;mgarcia@pulmanlaw.com;csc@trustesolutions.net |
| Jason A Powers | on behalf of Interested Party Brooklyn Specialty Insurance Co. Risk Retention Group  Inc. Jason.powers@lewisbrisbois.com, Kathy.Truong@lewisbrisbois.com |
| Shelby A Jordan | on behalf of Petitioning Creditor Sonia Tellez ecf@jhwclaw.com |
| Shelby A Jordan | on behalf of Interested Party Rosemary Rodriguez ecf@jhwclaw.com |
| Shelby A Jordan | on behalf of Petitioning Creditor Rosemary Rodriguez ecf@jhwclaw.com |
| Shelby A Jordan | on behalf of Interested Party Sonia Tellez ecf@jhwclaw.com |
| Shelby A Jordan | on behalf of Petitioning Creditor Carlos Tellez ecf@jhwclaw.com |
| Shelby A Jordan | on behalf of Interested Party Carlos Tellez ecf@jhwclaw.com |
| Simon Richard Mayer | on behalf of Trustee Catherine Stone Curtis simon.mayer@lockelord.com  Autodocket@lockelord.com |
| Simon Richard Mayer | on behalf of Plaintiff Catherine Stone Curtis simon.mayer@lockelord.com  Autodocket@lockelord.com |
| US Trustee | USTPRegion07.CC.ECF@USDOJ.GOV |

TOTAL: 13