**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| In re | § | **Case No. 21-70009** |
| | § | |
| **JOSIAH'S TRUCKING LLC** | § | **(Involuntary Proceeding)** |
| | § | |
| Alleged Debtor. | § | |

**PETITIONING CREDITORS' WITNESS AND EXHIBIT LIST**

| Main Case No: **21-70009** | Name of Debtor: **Josiah's Trucking LLC** |
|---|---|
| | |
| | |
| Witnesses: | |
| **Rosemary Rodriguez** | Judge: **Eduardo V. Rodriguez** |
| **Catherine Stone Curtis, Interim Trustee** | Courtroom Deputy: **Ana Castro** |
| **Skylar Walker, Bond & Bond Auctioneers** | Hearing Date: **Thursday, February 25, 2021** |
| **Any witness called by any other party** | Hearing Time: **2:30 p.m.** |
| **Rebuttal Witnesses if needed** | Party's Name: **The Petitioning Creditors are: Sonia Tellez, Carlos Tellez and Rosemary Rodriguez, Individually and as next friend of I. Tellez, a minor** |
| | Attorney's Name: **Shelby A. Jordan** |
| | Attorney's Phone: **(361) 884-5678** |
| | Nature of Proceeding: **#26 – Emergency Motion to Compel Alleged Debtor to Turn Over Property of the Estate** **#32 – Motion of Josiah's Trucking LLC to Dismiss Involuntary Petition Pursuant to 11 U.S.C. § 303** **#48 – Amended Motion of Josiah's Trucking LLC to Dismiss Involuntary Petition Pursuant to 11 U.S.C. § 303** **#39 – Emergency Motion of Josiah's Trucking LLC to Convert Chapter 11, Which is Filed in the Alternative Subject to and Without Waiving Josiah's Trucking LLC's Motion to Dismiss** |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Federal Express Receipts to Interested Parties and potential Debtor with copy of Involuntary Petition and Motion | 2/2/21 by Shelby Jordan | | Admitted at 2/2/21 hearing | |
| 2. | 1/26/21 Emails to Interested Parties with Involuntary Petition and Motion | 2/2/21 by Shelby Jordan | | Admitted at 2/2/21 hearing | |
| 3. | 1/27/21 Email to Settling Parties and Brooklyn Specialty regarding Hearing Notice for 2/2/21 | 2/2/21 by Shelby Jordan | | Admitted at 2/2/21 hearing | |
| 4. | 1/4/21 Plaintiffs' Original Petition for Petitioning Creditors | 2/2/21 by Shelby Jordan | | Judicial Notice Admission at 2/2/21 hearing | |
| 5. | 1/7/21 Letter from Brooklyn Specialty Insurance Co re: Notice of Intent to Repair Vehicle and Offer to Inspect Vehicle | 2/2/21 by Shelby Jordan | 2/2/21 by Matthew Okin & Jason Powers | Admitted at 2/2/21 hearing | |
| 6. | 12/29/20 Cardenas spoliation letter to Brooklyn Specialty and Josiah's | 2/2/21 by Shelby Jordan | 2/2/21 by Matthew Okin & Jason Powers | Admitted at 2/2/21 hearing | |
| 7. | 1/12/21 Brooklyn Specialty email to Cardenas advising that policy limits have been exhausted | 2/2/21 by Shelby Jordan | 2/2/21 by Matthew Okin & Jason Powers | Admitted at 2/2/21 hearing as to policy limits being exhausted | |
| 8. | Declaration of Counsel for the Petitioning Creditors | 2/2/21 by Shelby Jordan | 2/2/21 by Matthew Okin & Jason Powers | | 2/2/21 Shelby Jordan withdrew offer |
| 9. | Declaration of Petitioning Creditor Rosemary Rodriguez, Individually and as Next Fried of I. Tellez, a minor | 2/2/21 by Shelby Jordan | 2/2/21 by Matthew Okin & Jason Powers | | 2/2/21 Shelby Jordan withdrew offer |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 10. | Police Report of 12/19/2020 accident | | | | |
| 11. | Order for the Appointment of an Interim Trustee [Docket #15] | | | | |
| 12. | First Written Demand, Pulman, Cappuccio & Pullen, LLP to Josiah's Trucking, LLC dated 2/5/21 | | | | |
| 13. | Receipts for Delivery of First Written Demand | | | | |
| 14. | Second Written Demand, Pulman, Cappuccio & Pullen, LLP to Josiah's Trucking, LLC dated 2/9/21 | | | | |
| 15. | Receipts for Delivery of Second Written Demand | | | | |
| 16. | Trustee Certificate of Service of Order Setting Hearing [Docket #28] | | | | |
| 17. | Judicial notice of all filings | | | | |
| 18. | Rebuttal exhibits as need by Petitioning Creditors | | | | |

Respectfully Submitted:

*/s/ Shelby A. Jordan*
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan, Holzer & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone:  (361) 884-5678
Facsimile:  (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
**COUNSEL FOR PETITIONING CREDITORS**

PC_000003

## <u>CERTIFICATE OF SERVICE</u>

 I certify that, on February 23, 2021, a true and correct copy of the foregoing Witness and Exhibit List and the associated exhibits was served on all parties who receive service in the above-captioned proceeding via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas as listed below.

Elizabeth M. Guffy (Via ECF)
Simon R. Mayer
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Email:  Eguffy@lockelord.com
   Simon.Mayer@lockelord.com
*Attorney for Catherine Stone Curtis, Interim Trustee*

Catherine Stone Curtis (Via ECF)
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, Texas 78504
Email:  ccurtis@pulmanlaw.com
*Chapter 7 Trustee*

Antonio Villeda (Via ECF)
Mark Talbot
Villeda Law Group
6316 North 10th Street, Bldg. B
McAllen, TX 78504
Telephone: (956) 631-9100
Facsimile: (956) 631-9146
Email: avilleda@mybusinesslawyer.com
   mtalbot@mybusinesslawyer.com
*Attorney for Josiah's Trucking LLC*

Jason A. Powers (Via ECF)
Lewis Bisbois Bisgaard & Smith, LLP
24 Greenway Plaza Drive, Suite 1400
Houston, TX 77046
Telephone: (713) 659-6767
Facsimile: (713) 759-6830
Email: Jason.powers@lewisbrisbois.com
*Attorney for Brooklyn Specialty Insurance Company RRG, Inc.*

Alicia L. Barcomb (Via ECF)
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Email: Alicia.mccullar@usdoj.gov
*US Trustee*

       */s/  Shelby A. Jordan*
       Shelby A. Jordan



TRACKING ID

772735406457

**ADD NICKNAME**

  

# Delivered
# Wednesday, January 27, 2021 at 9:01 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Chrystal Madden | David Vasquez, Reg Agent |
| | Josiahs Trucking LLC |
| 500 N. Shoreline Blvd. | |
| Suite 900 | 7612 Petirrojo Street |
| CORPUS CHRISTI, TX US 78401 | EDINBURG, TX US 78542 |
| 361-884-5678 | 956-685-3067 |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 772735406457 | FedEx First Overnight | 0.5 lbs / 0.23 kgs |
| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
| 1 | Residence | 1 |
| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
| 0.5 lbs / 0.23 kgs | Shipper | 2051.001 |
| **PACKAGING** | **SPECIAL HANDLING SECTION** | **SHIP DATE** |
| FedEx Envelope | Deliver Weekday, Residential Delivery | 1/26/21 ⓘ |
| **STANDARD TRANSIT** | **ACTUAL DELIVERY** | |
| 1/27/21 by 9:30 am ⓘ | 1/27/21 at 9:01 am | |

## Travel History



PC Exhibit

**1**

Josiah's Trucking LLC; 21-70009

PC_000005

**TIME ZONE**
Local Scan Time

ⓥ

**Wednesday, January 27, 2021**

| 9:01 AM | EDINBURG, TX | Delivered<br>Package delivered to recipient address - release authorized |
| 7:29 AM | HARLINGEN, TX | At local FedEx facility |
| 7:29 AM | HARLINGEN, TX | On FedEx vehicle for delivery |
| 7:09 AM | HARLINGEN, TX | At destination sort facility |
| 4:54 AM | MEMPHIS, TN | Departed FedEx location |
| 12:17 AM | MEMPHIS, TN | Arrived at FedEx location |

**Tuesday, January 26, 2021**

| 6:47 PM | CORPUS CHRISTI, TX | Left FedEx origin facility |
| 5:17 PM | CORPUS CHRISTI, TX | Picked up |
| 2:28 PM | | Shipment information sent to FedEx |



**TRACKING ID**

---

772735536794

**ADD NICKNAME**

  

# Delivered
# Wednesday, January 27, 2021 at 8:20 am



**DELIVERED**
Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| **FROM** | **TO** |
|---|---|
| Chrystal Madden | Ana Gomez |
| 500 N. Shoreline Blvd. | 3707 E. US Bus. Hwy. 83 |
| Suite 900 | Lot 215 |
| CORPUS CHRISTI, TX US 78401 | Donna, TX US 78537 |
| 361-884-5678 | 361-884-5678 |

## Shipment Facts

**TRACKING NUMBER**
772735536794

**SERVICE**
FedEx First Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Residence

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
2051.001

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery

**SHIP DATE**
1/26/21 ⑦

**STANDARD TRANSIT**
1/27/21 by 9:00 am ⑦

**ACTUAL DELIVERY**
1/27/21 at 8:20 am

## Travel History

**TIME ZONE**
Local Scan Time

**Wednesday, January 27, 2021**

| | | |
|---|---|---|
| 8:20 AM | Donna, TX | Delivered |
| | | Package delivered to recipient address - release authorized |
| 7:30 AM | HARLINGEN, TX | On FedEx vehicle for delivery |
| 7:30 AM | HARLINGEN, TX | At local FedEx facility |
| 7:09 AM | HARLINGEN, TX | At destination sort facility |
| 4:54 AM | MEMPHIS, TN | Departed FedEx location |
| 12:17 AM | MEMPHIS, TN | Arrived at FedEx location |

**Tuesday, January 26, 2021**

| | | |
|---|---|---|
| 6:47 PM | CORPUS CHRISTI, TX | Left FedEx origin facility |
| 5:17 PM | CORPUS CHRISTI, TX | Picked up |
| 2:34 PM | | Shipment information sent to FedEx |



TRACKING ID

772735448041

  

ADD NICKNAME

# Delivered
# Wednesday, January 27, 2021 at 8:18 am



**DELIVERED**
Signed for by: M.AMBER



GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| **FROM** | **TO** |
|---|---|
| Chrystal Madden | Brooklyn Specialty Insurance Co RRG |
| | Brooklyn Specialty Insurance Co RRG |
| 500 N. Shoreline Blvd. | |
| Suite 900 | 5630 University Pkwy |
| CORPUS CHRISTI, TX US 78401 | Winston-Salem, NC US 27105 |
| 361-884-5678 | 503-465-3019 |

## Shipment Facts

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
|---|---|---|
| 772735448041 | FedEx First Overnight | 0.5 lbs / 0.23 kgs |

| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
|---|---|---|
| 1 | Mailroom | 1 |

| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
|---|---|---|
| 0.5 lbs / 0.23 kgs | Shipper | 2051.001 |

| **PACKAGING** | **SPECIAL HANDLING SECTION** | **SHIP DATE** |
|---|---|---|
| FedEx Envelope | Deliver Weekday | 1/26/21 |

| **STANDARD TRANSIT** | **ACTUAL DELIVERY** | |
|---|---|---|
| 1/27/21 by 8:30 am | 1/27/21 at 8:18 am | |

PC_000009

1/27/2021                                                                                            Detailed Tracking

## Travel History

**TIME ZONE**
Local Scan Time                                                                                                          ⌄

**Wednesday, January 27, 2021**

| 8:18 AM   | Winston-Salem, NC   | Delivered                    |
| 7:04 AM   | WINSTON SALEM, NC   | On FedEx vehicle for delivery |
| 7:02 AM   | WINSTON SALEM, NC   | At local FedEx facility       |
| 6:41 AM   | GREENSBORO, NC      | At destination sort facility  |
| 4:37 AM   | MEMPHIS, TN         | Departed FedEx location       |
| 12:17 AM  | MEMPHIS, TN         | Arrived at FedEx location     |

**Tuesday, January 26, 2021**

| 6:47 PM   | CORPUS CHRISTI, TX  | Left FedEx origin facility        |
| 5:17 PM   | CORPUS CHRISTI, TX  | Picked up                         |
| 2:30 PM   |                     | Shipment information sent to FedEx |

PC_000010



**TRACKING ID**

772735556590

**ADD NICKNAME**

  

# Delivered
# Wednesday, January 27, 2021 at 8:45 am



**DELIVERED**
Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Chrystal Madden | Reyes Adrian Ortiz |
| 500 N. Shoreline Blvd. Suite 900 CORPUS CHRISTI, TX US 78401 361-884-5678 | 1000 Darlene Avenue WESLACO, TX US 78599 361-884-5678 |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 772735556590 | FedEx First Overnight | 0.5 lbs / 0.23 kgs |
| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
| 1 | Residence | 1 |
| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
| 0.5 lbs / 0.23 kgs | Shipper | 2051.001 |
| **PACKAGING** | **SPECIAL HANDLING SECTION** | **SHIP DATE** |
| FedEx Envelope | Deliver Weekday, Residential Delivery | 1/26/21 |
| **STANDARD TRANSIT** | **ACTUAL DELIVERY** | |
| 1/27/21 by 9:00 am | 1/27/21 at 8:45 am | |

## Travel History

PC_000011



**TIME ZONE**
Local Scan Time

**Wednesday, January 27, 2021**

| | | |
|---|---|---|
| 8:45 AM | WESLACO, TX | Delivered |
| | | Package delivered to recipient address - release authorized |
| 7:30 AM | HARLINGEN, TX | On FedEx vehicle for delivery |
| 7:30 AM | HARLINGEN, TX | At local FedEx facility |
| 7:09 AM | HARLINGEN, TX | At destination sort facility |
| 4:54 AM | MEMPHIS, TN | Departed FedEx location |
| 12:17 AM | MEMPHIS, TN | Arrived at FedEx location |

**Tuesday, January 26, 2021**

| | | |
|---|---|---|
| 6:47 PM | CORPUS CHRISTI, TX | Left FedEx origin facility |
| 5:17 PM | CORPUS CHRISTI, TX | Picked up |
| 2:35 PM | | Shipment information sent to FedEx |

**Subject:**     Josiah's Trucking LLC; 21-70009
**Date:**        Tuesday, January 26, 2021 at 3:40:49 PM Central Standard Time
**From:**        Chrystal Madden
**To:**          office@381help.com
**CC:**          Shelby Jordan, Luis Cardenas, Kay Walker, ccurtis@pulmanlaw.com
**Attachments:** #1 Involuntary Petition.pdf, #3 Emerg Mt for O Apt Trustee.pdf, image001.png, image002.png,
                 Notice Ltr 1-26-21 Settling Parties.pdf

Good Afternoon Mr. Solis,

Attached please find courtesy copies of the Involuntary Chapter 11 Petition and Emergency Motion for
an Order Appointing an Interim Trustee. If you have an email address for Mr. Sorrells please forward
same to me.

Thank you for your kind attention to this matter.

***Chrystal Madden***
Legal Assistant to
Shelby A. Jordan and Antonio Ortiz



500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401
Phone: (361) 884-5678
Direct Line: (361) 653-6618
Fax: (361) 888-5555
E-mail: cmadden@jhwclaw.com



Important/Confidential: This communication and any files or documents attached to it are intended only
for the use of the person or entity to which it is addressed.  This communication contains information
that may be privileged, confidential and exempt from disclosure under applicable law.  If you are not
the intended recipient of this communication, you are hereby notified that the copying, distribution or
other use of this communication is strictly prohibited.  If you have received this communication by
mistake, please notify the sender immediately by electronic mail and destroy all forms of this
communication (electronic or paper).  Thank you.



Wednesday, January 27, 2021 at 12:47:13 Central Standard Time

**Subject:** FW: Josiah's Trucking LLC; 21-70009
**Date:** Tuesday, January 26, 2021 at 3:41:50 PM Central Standard Time
**From:** Chrystal Madden
**To:** claims@BrooklynSpecialty.com
**Attachments:** #1 Involuntary Petition.pdf, #3 Emerg Mt for O Apt Trustee.pdf, image001.png, image002.png

Good Afternoon Madam or Sir:

Attached please find courtesy copies of the Involuntary Chapter 11 Petition and Emergency Motion for an Order Appointing an Interim Trustee.

Thank you for your kind attention to this matter.

***Chrystal Madden***
Legal Assistant to
Shelby A. Jordan and Antonio Ortiz



500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401
Phone: (361) 884-5678
Direct Line: (361) 653-6618
Fax: (361) 888-5555
E-mail: cmadden@jhwclaw.com



Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed.  This communication contains information that may be privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited.  If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper).  Thank you.

Wednesday, January 27, 2021 at 12:47:45 Central Standard Time

| | |
|---|---|
| **Subject:** | 21-70009; Josiah's Trucking, LLC - Order Setting Hearing for 2/2/21 |
| **Date:** | Wednesday, January 27, 2021 at 10:31:20 AM Central Standard Time |
| **From:** | Chrystal Madden |
| **To:** | daniel@381help.com, rogelio@381help.com, claims@brooklynspecialty.com |
| **CC:** | Shelby Jordan, Luis Cardenas, Kay Walker, ccurtis@pulmanlaw.com |
| **Priority:** | High |
| **Attachments:** | 1.27.21 letter regarding hearing date.pdf, image001.png, image002.png, Josiah'sTrucking #5.pdf |

Good Morning Madam and Sir:

Attached please find a letter enclosing a copy of an Order Setting Hearing for **Tuesday, February 2, 2021 at 9:30 a.m.** All instructions are in the attached Order for attendance at the hearing.

Thank you for your kind attention to this matter.

*Chrystal Madden*
Legal Assistant to
Shelby A. Jordan and Antonio Ortiz



500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401
Phone: (361) 884-5678
Direct Line: (361) 653-6618
Fax: (361) 888-5555
E-mail: cmadden@jhwclaw.com





Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed.  This communication contains information that may be privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited.  If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper).  Thank you.

Electronically Filed
7/4/2021 5:20 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

CAUSE NO. __C-0029-21-D__

| | | |
|---|---|---|
| SONIA TELLEZ, CARLOS TELLEZ | § | IN THE DISTRICT COURT |
| AND ROSE MARY RODRIGUEZ, | § | |
| INDIVIDUALLY AND AS NEXT | § | |
| FRIEND OF I. TELLEZ, A MINOR | § | |
| | § | |
| VS. | § | |
| | § | _____ JUDICIAL DISTRICT |
| JOSIAH'S TRUCKING, LLC, | § | |
| DAVID VASQUEZ, AND JUAN MANUEL | § | |
| CARRERA | § | HIDALGO COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

Now come SONIA TELLEZ, CARLOS TELLEZ AND ROSE MARY RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIEND OF I. TELLEZ, A MINOR (hereafter collectively referred to as "PLAINTIFFS") complaining of JOSIAH'S TRUCKING, LLC, DAVID VASQUEZ AND JUAN MANUEL CARRERA (hereafter "DEFENDANTS") and in support thereof would respectfully show the Court as follows:

## I.

### DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

## II.

### PARTIES

1.     Plaintiff Sonia Tellez is a citizen and resident of the State of Texas.  Plaintiff Sonia Tellez is the surviving mother of decedent, Carlos A. Tellez, Jr.

2.     Plaintiff Carlos Tellez is a citizen and resident of the State of Texas.  Plaintiff is the father of decedent, Carlos Tellez, Jr.

PC Exhibit

4

Josiah's Trucking LLC; 21-70009

exhibitsticker.com

PC_000016

Electronically Filed
7/4/2021 5:20 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-0029-21-D**

3.      Plaintiff Rose Mary Rodriguez is a citizen and resident of the State of Texas. Plaintiff is the spouse of decedent, Carlos Tellez, Jr.  I. Tellez is the minor daughter of decedent, Carlos Tellez, Jr.

4.      Defendant Josiah's Trucking, LLC is a domestic limited liability company doing business in Texas and has its principal place of business in Hidalgo County, Texas.  Josiah's Trucking LLC can be served through its registered agent David Vasquez at 7612 Petirrojo St., Edinburg, Texas 78542.

5.      Defendant David Vasquez is an individual who may be served with process at 7612 Petirrojo St., Edinburg, Texas 78542

6.      Defendant Juan Manuel Carrera is an individual who may be served with process and resides at 7513 Lilia St, Pharr, Texas 78577.

### III.

### VENUE

7.      Venue is proper in Hidalgo County, pursuant to §15.002(a)(1) of the Texas Civil Practice and Remedies Code in that all or a substantial part of the events or omissions giving rise to the claim occurred in Hidalgo County.

### IV.

### FACTUAL ALLEGATIONS

8.      On December 19, 2020, Juan Manuel Carrerra ("Carrera") was driving a tractor-trailer combination, owned and controlled by JOSIAH'S TRUCKING LLC, and DAVID VASQUEZ, northbound on FM 493 in Edinburg, Texas.  While entering a curve in the roadway, Carrera lost control of the tractor-trailer sending the trailer portion of the vehicle into the southbound lane.  At that moment, Carlos Tellez, Jr., was travelling in a vehicle in the southbound

PC_000017

Electronically Filed
1/4/2021 5:20 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-0029-21-D**

lane on FM 493.  The trailer portion of the tractor-trailer invaded the southbound lane striking

Carlos Tellez, Jr., causing fatal injuries that led to his death.

**V.**

**CAUSES OF ACTION**

9.      Josiah's Trucking, David Vasquez and Juan Manuel Carrera were negligent by

failing to exercise ordinary care in the operation of the tractor-trailer combination on the above-

described occasion.  Such negligence includes, but is not limited to:  (a) failure to drive at a safe

speed; (b) failure to drive in a safe manner; and  (c) failure to safely negotiate a curved roadway

given the conditions, along with other acts.  Such negligence was a proximate cause of the

occurrence in question, the death of Carlos Tellez, Jr., and all of Plaintiffs' damages resulting

therefrom.

10.     At all relevant times, Defendants are vicariously liable for the torts an employee

committed in the course and scope of his employment under the doctrine of respondeat superior.

Juan Manuel Carrera was operating the tractor-trailer in the course and scope of his employment

with Josiah's Trucking, LLC and/or David Vasquez at the time of the incident.  As such, Josiah's

Trucking, LLC and/or David Vasquez are liable for Juan Manuel Carrera's negligence.

**VI.**

**DAMAGES**

11.     Plaintiff Sonia Tellez individually, is entitled to recover actual or compensatory

damages from Defendants which resulted to her from the death of her son Carlos Tellez, Jr.,

including pecuniary loss, loss of companionship and society, mental anguish, and all other actual

damages to which parents are entitled to under the Wrongful Death Statute.  Such damages exceed

the jurisdictional minimum of this court.

PC_000018

Electronically Filed
1/4/2021 5:20 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-0029-21-D**

12.     Plaintiff Carlos Tellez is entitled to recover actual or compensatory damages from Defendants which resulted to said Plaintiff from the death of his son, Carlos Tellez, Jr., including pecuniary loss, loss of companionship and society, mental anguish, and all other actual damages to which parents are entitled under the Wrongful Death Statute.  Such damages exceed the jurisdictional minimum of this court.

13.     Plaintiff Rose Mary Rodriguez, Individually and As Next Friend of I. Tellez, is entitled to recover actual or compensatory damages from Defendants which resulted to said Plaintiff from the death of her husband and father of I. Tellez, Carlos Tellez, Jr., including pecuniary loss, loss of companionship and society, mental anguish, loss of inheritance, and all other actual damages to which spouses and children are entitled under the Wrongful Death Statute. Such damages exceed the jurisdictional minimum of this court.

## VII.

## <u>REQUEST FOR JURY TRIAL</u>

14.     Contemporaneous with the filing herewith, Plaintiffs have paid a jury fee and make demand that the case be brought before the jury for trial on all matters.

## VIII.

## <u>REQUEST FOR DISCLOSURE</u>

15.     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, within fifty days after  service of this Request, Plaintiff requests that Defendants disclose the information or materials  described in Rule 194.2 (a)-(l).

PC_000019

Electronically Filed
1/4/2021 5:20 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-0029-21-D**

## IX.

## STATEMENT PURSUANT TO T.R.C.P. 47

16.     Pursuant to T.R.C.P. 47, Plaintiff is seeking monetary relief over $1,000,000.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully request that the Defendants be cited to appear and answer herein, and that upon a final hearing of the case, judgment be entered for the Plaintiffs against Defendants for actual and compensatory damages as set out above, for pre-judgment and post-judgment interest as allowed by law, for all costs of court and such other and further relief both general and special, at law or in equity, to which Plaintiffs may be justly entitled.

Respectfully submitted,

**ESCOBEDO & CARDENAS, LLP**
1602 Dulcinea
Edinburg, Texas 78539
Telephone:     (956) 630-2222
Telecopier:     (956) 630-2223
Email: joe@escobedocardenas.com
Email: luis@escobedocardenas.com

BY:     /s/ Luis Cardenas
Joe Escobedo
State Bar No.: 06665850
Luis Cardenas
State Bar No.: 24001837

**ATTORNEYS FOR PLAINTIFFS**

PC_000020

**Brooklyn Specialty Insurance Co.**
**Risk Retention Group, Inc.**
5630 University Parkway
Winston-Salem, NC 27105
Tele: (877) 870-9923
Email:  info@brooklynspecialty.com
         claims@brooklynspecialty.com


January 7, 2021

<u>**VIA E-MAIL AND CERTIFIED MAIL**</u>

Luis M. Cardenas
Escobedo & Cardenas LLP
1602 Dulcinea
Edinburg, TX 78539
E-Mail:  luis@escobedocardenas.com
          amparo@escobedocardenas.com

| | | | |
|---|---|---|---|
| Re: | Your Client | : | The Family of Carlos M. Tellez |
| | Brooklyn's Insured | : | Josiah's Trucking LLC |
| | Brooklyn's Policy No. | : | ATP-4-062020 (6/19/20 to 6/19/21) |
| | Date of Loss | : | 12/19/2020 |
| | Location of Loss | : | Hidalgo County, TX |

**NOTICE OF INTENT TO REPAIR VEHICLE**
**AND OFFER TO INSPECT VEHICLE PRIOR TO REPAIR**

Dear Mr. Cardenas:

    Brooklyn Specialty Insurance Co. Risk Retention Group, Inc. is the commercial auto liability insurance carrier for Josiah's Trucking LLC and its driver Juan Manuel Carrera.  The 2015 Kenworth (VIN 1XKYDP9X1FJ448769) Mr. Carrera was reportedly operating at the time of the above loss is currently awaiting repairs at AT Wrecker, 93 E. Business 83, Alamo TX 78516, phone number: 956-787-3300.

    **If you would like to inspect the tractor or undertake other analysis of the tractor or its component parts prior to repair, please advise immediately and we will assist in making the arrangements.**

        Sincerely,

*Rick Shaw*

Rick Shaw
President
Brooklyn Specialty Insurance Co. Risk
Retention Group, Inc.



**PC Exhibit**

**5**

Josiah's Trucking LLC; 21-70009



**JOE ESCOBEDO***
joe@escobedocardenas.com

**LUIS M. CARDENAS***
luis@escobedocardenas.com

December 29, 2020

**VIA CMRRR**
**and FAX: (503) 772-4266**
Brooklyn Specialty Insurance
5630 University Parkway
Winston-Salem, NC UKS 27105

**VIA CMRRR**
**and FAX: (956) 685-3067**
Josiah's Trucking, LLC
7612 Petirrojo St.
Edinburg, Texas 78542

      Re:    December 18, 2020 crash in Edinburg, Texas

To Whom It May Concern:

      This firm represents the family of Carlos M. Tellez, deceased. Mr. Tellez was the driver that was killed as a result of a crash with Josiah's Trucking tractor-trailer in Edinburg, Texas on December 18, 2020. Any further communications with our clients, relating to this incident should be directed to this office.

      Our initial investigation has revealed that the tractor-trailer involved in this incident is owned and/or operated by Josiah's Trucking, LLC. In order to perform our investigation, we require the inspection of the tractor-trailer involved in the incident, while still in the same condition in which it was found at the time of the incident. For these reasons, we request that the tractor-trailer involved in the incident not be repaired, disassembled, or have any component parts replaced until it has been inspected by this firm. Any change or alteration to the tractor-trailer involved in this incident may be considered spoliation of evidence in any future legal proceedings.

      Further, the purpose of this letter is to demand the preservation of the following evidence relating to this incident, your driver and your company:

      1.      All driver logbooks for the driver of the subject truck for the two years preceding the date of the incident;

> **PC Exhibit**
>
> **6**
>
> Josiah's Trucking LLC; 21-70009

*Board Certified Personal Injury Trial Law • Texas Board of Legal Specialization

December 29, 2020
Page 2

2.  Any contracts, leases and agreements involving your truck and/or driver involved in this incident;

3.  Bills of ladings, consignor=s shipping orders and shipping tickets regarding the load being transported at the time of the incident;

4.  All fuel receipts, dispatch records, trip sheets and pay checks relating to the trip occurring at the time of the incident in question and preceding week;

5.  All data relating to the electronic control module (ECM), black box, any onboard computer or other engine or system computer for the tractor-trailer involved in the incident for the day of the incident and the two years preceding the incident;

6.  The actual electronic control module, black box, onboard computer, or other engine computer containing the data referred to in the preceding paragraph;

7.  All computerized tracking information, including GPS and radar records for the driver and/or the tractor-trailer, including satellite tracking, driver messaging, dispatcher's sheets, registers, and other records pertaining to movement of the truck involved in the incident for the two (2) year period prior to the incident;

8.  Driver qualification and personnel file of the driver of the subject tractor-trailer and all other personnel records, including all drug and alcohol testing records for the entire duration of his employment;

9.  All driver vehicle inspection reports, repair documents, and certification of the driver=s review for the tractor-trailer for the three (3) months prior to the incident;

10. All documents and reports relating to your drug and alcohol program, including any reports relating to the truck driver of the subject tractor-trailer for the last two (2) year period;

11. All company policies and guidelines (either in written form or in an audio/video format) relating to training and safety of your drivers;

12. All reports regarding any reported incidents involving the truck driver of the subject truck and/or your company for the last three (3) year period;

13. All periodic inspection reports for the tractor-trailer involved in this incident for the two (2) years prior to this incident;

14. Any and all other documents or tangible items in your control regarding this incident, your driver or the tractor-trailer involved in the above-referenced incident;

15. Any records relating to your company document, data and/or information retention policy; and

December 29, 2020
Page 2

16.     The truck drivers personal and company provided cell phone and cell phone records
        for the day of the incident.

In the event that any of the above evidence is destroyed, lost or altered, please be advised
that we will pursue destruction or spoliation of evidence remedies in any future legal proceedings.


                        Very truly yours,

                        **ESCOBEDO & CARDENAS, L.L.P.**

                        Luis Cardenas *by Perm a. Price*

LMC:ap

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brookly Specialty Ins
5630 University Parkway
Winston-Salem NC 4K5
27105

9590 9402 4913 9032 4014 28

2. Article Number (Transfer from service label)

16 2070 0000 7372 1546

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark Here

7016 2070 0000 7372 1546

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

PC_000025

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Josiah's Trucking LLC
7612 Petirrojo St.
Edinburg TX 78539

9590 9402 4913 9032 4014 04

2. Article Number *(Transfer from service label)*

7015 1520 0003 5129 0263

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Mejia*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

*Mejia*     12-31-20

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7015 1520 0003 5129 0263

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee   $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postage   $

Total Postage and Fees   $

Sent To   *JoSiah*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

*Carlos
Telle
Spoilaxia*

PC_000026

# Send Result Report

MFP

**KYOCERA**

TASKalfa 5052ci

Firmware Version 2ND_2000.004.405 2020.02.06

W2H6Y01735
12/29/2020 11:37
[2ND_1000.005.202] [2ND_1100.001.007] [2ND_7000.004.404]

Job No.: 009845          Total Time: 0°01'48"          Page: 004

# Error occurred

Document:          doc20201229112419

---

**ESCOBEDO & CARDENAS, LLP**
1602 Dulcinea
Edinburg, Texas 78539
Telephone: (956) 630-2222 | Telecopier: (956) 630-2223

# fax

| | | | |
|---|---|---|---|
| TO: | | FROM: | Luis Cardenas/Amparo Price |
| COMPANY: | Josiah's Trucking LLC | PAGES: | 4 |
| FAX NO. | (956) 685-3067 | DATE: | December 29, 2020 |
| RR: | Carlos Tellez, Jr. | CC: | |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

Comments:  Please see attached notice letter.  If you have any questions concerning this fax, please
contact Amparo Price via email at amparo@escobedocardenas.com or 956 630 2222.

See attached letter.

The information contained in this facsimile transmission may be confidential, attorney work product, and protected by the attorney-client privilege. If you are not the intended recipient, please deliver this transmission immediately to its intended recipient. If you have received this facsimile in error, please call the telephone number listed at the top of this page, collect, to arrange for return of the transmission to Escobedo & Cardenas, LLP.

---

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 12/29/20 11:24 | 19566853067 | 0°01'48" | FAX | BUSY | 200x100 Normal/Off |

---

1

**ESCOBEDO & CARDENAS, LLP**

1602 Dulcinea
Edinburg, Texas 78539
Telephone: (956) 630-2222 | Telecopier: (956) 630-2223



TO:                                    FROM:  Luis Cardenas/Amparo Price

| | | | |
|---|---|---|---|
| COMPANY: | Josiah's Trucking LLC | PAGES: 4 | |
| FAX NO. | (956) 685-3067 | DATE:  December 29, 2020 | |
| RE: | Carlos Tellez, Jr. | CC: | |

☐ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply        ☐ Please Recycle

Comments:  Please see attached notice letter.  If you have any questions concerning this fax, please contact Amparo Price via email at amparo@escobedocardenas.com or 956-630-2222.

See attached letter.

The information contained in this facsimile transmission may be confidential, attorney work product, and protected by the attorney-client privilege.  If you are not the intended recipient, please deliver this transmission immediately to its intended recipient.  If you have received this facsimile in error, please call the telephone number listed at the top of this page, collect, to arrange for return of the transmission to Escobedo & Cardenas, LLP.

PC_000028

**From:** Claims <<claims@brooklynspecialty.com>>
**Sent:** Tuesday, January 12, 2021 2:16 PM
**To:** Luis Cardenas <<luis@escobedocardenas.com>>; Amparo Price <<amparo@escobedocardenas.com>>
**Subject:** RE: Tellez - Notice of Intent to Repair and Offer to Inspect Tractor

Mr. Cardenas:

The tractor and trailer are available for inspection on the date and time proposed. We are agreeable to the protocol, except for the provision allowing the removal of any of the control modules. If this is acceptable, please confirm in writing and we will notify the tow yard of the scheduled inspection.

Please be advised that the policy limits under Josiah's Trucking, LLC have been exhausted. Please advise if the inspection will go forward.

Thank you,

**Julia**

**Brooklyn Specialty Insurance Co. RRG, Inc.**

5630 University Parkway
Winston-Salem, NC 27105

**(503) 465-3019 | Office**
**claims@BrooklynSpecialty.com**
BrooklynSpecialty.com



PC Exhibit

**7**

Josiah's Trucking LLC; 21-70009

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| In re | § | Case No. 21-70009 |
| | § | |
| **JOSIAH'S TRUCKING LLC** | § | **(Involuntary Proceeding)** |
| | § | |
| Alleged Debtor. | § | |

### DECLARATION[1] OF COUNSEL FOR THE PETITIONING CREDITORS

I declare under penalty of perjury that the following is true and correct and within my personal knowledge. My name is Luis Cardenas and I am the lead attorney in the representation of the Petitioning Creditors Sonia Tellez, Carlos Tellez, and Rosemary Rodriguez, individually and as next friend of I. Tellez, a Minor.

I am personally familiar with the events described herein and with Petitioning Creditors' Exhibits 1 through 7 as each Exhibit constitutes a business record of my law firm and I am the custodian of documents for such records, all having been either authored by me, received by me and all being kept in the ordinary course of the business and my firm's regular practice pursuant to my supervision, the record was made at or near the time by or from information transmitted by someone with knowledge. Pursuant to Rule 803(6) I have caused a true and accurate copy of this Declaration to be furnished to all persons listed in the certificate of service.

Petitioning Creditors are all among a class of beneficiaries and/or representatives of victims, which include wrongful-death claims, arising from the negligent accident involving the Debtor's tractor-trailer. This accident occurred on December 19, 2020, Juan Manuel Carrera was driving a tractor-trailer combination, owned and controlled by Josiah's Trucking LLC and David Vasquez, northbound on FM 493 in Edinburg, Texas. When entering a curve in the roadway, Mr.

---

[1]    This Declaration is made pursuant to 28 U.S.C.§ 1746 and 32 C.F.R. 516.26 and as a certification pursuant to Rules 803(6) and certification pursuant to 902(11)Federal Rules of Evidence

PC Exhibit

**8**

Josiah's Trucking LLC; 21-70009

PC_000030

Carrera lost control of the tractor-trailer sending the trailer portion of the vehicle into the southbound lane. At that moment, Carlos Tellez, Jr., was travelling in a vehicle in the southbound lane on FM 493. The trailer portion of the tractor-trailer invaded the southbound lane striking Carlos Tellez, Jr., causing fatal injuries that led to his death. Anna Isabel Ortiz also sustained fatal injuries as a result of the Accident.

In my representation of the Petitioning Creditors, I have given prior notice on several occasions to the Debtor and Debtor's Insurance Carrier, Brooklyn Specialty Insurance Co. RRG, Inc., ("Carrier") through the various Exhibits 4 through 6, including filing suit and correspondence directly with the Carrier. On January 12, 2021(long after the Petitioning Creditors' first notice of their injuries and damages to the Carrier), I received notice of payment that caused the exhaustion of all available proceeds of the Debtor's policies issued by the Carrier covering the injuries and damages of the Petitioning Creditors. This claim of exhaustion by the Carrier is purported to have occurred by payment to a single injured claimant and/or her beneficiaries (the driver of the vehicle in which Petitioning Creditors-parties suffered their injuries and damages) and occurred well after the Petitioning Creditors first notice of claim. At no time prior to the notice of exhaustion did the Carrier notify me or the Petitioning Creditors that it intended to pay all policy proceeds to a single injured party and beneficiaries and thus cause the Debtor to be unable to pay the Petitioning Creditors for their injuries.

The Petitioning Creditors, as beneficiaries and/or representatives of Carlos Tellez, Jr., who was a passenger in the automobile struck by the Debtor's tractor-trailer, have no less than the same, or more, evidence of liability for their injuries and evidence of their damages as the driver of the vehicle paid by the Carrier. The voluntary petition filed by the three (3) Petitioning Creditors discloses $8 million in claims, which far exceed any possible payment that could be made by the

PC_000031

Debtor on the date and after the date of the injuries.

Further affiant sayeth not.

_____
Luis Cardenas

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served to those parties listed below and/or those parties registered with the Court's electronic noticing system on February 1, 2021.

Josiah's Trucking LLC (Via U.S. mail)
c/o David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, TX 78542

Brooklyn Specialty Insurance (via email: claims@brooklynspecialty.com)
Company RRG, Inc.
5630 University Pkwy
Winston-Salem, NC 27105

Rogelio Solis (Via email: rogelio@381help.com)
Daniel Sorrells (via email: daniel@381help.com)
Law Office of Rogelio Solis, PLLC
PO Box 2307
Edinburg, TX 78540

Attorney for Ana Gomez and Reyes Adrian Ortiz obo Anna Isabel Ortiz, deceased
Luis M. Cardenas (via email: luis@escobedocardenas.com)
Escobedo & Cardenas, L.L.P.
1602 Dulcinea
Edinburg, Texas 78539
Attorney for Sonia Tellez,
Carlos Tellez and Rose Mary
Rodriguez, Individually and
As Next Friend of I. Tellez, a minor

/s/ Shelby A. Jordan
Shelby A. Jordan

PC_000033

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| In re | § | **Case No. 21-70009** |
| | § | |
| **JOSIAH'S TRUCKING LLC** | § | **(Involuntary Proceeding)** |
| | § | |
| **Alleged Debtor.** | § | |

## DECLARATION[1] OF PETITIONING CREDITOR
## ROSEMARY RODRIGUEZ, INDIVIDUALLY AND AS NEXT
## FRIEND OF I. TELLEZ, A MINOR.

I declare under penalty of perjury that the following is true and correct and within my personal knowledge.   My name is ROSEMARY RODRIGUEZ and I am the wife of Carlos Tellez and the mother and Next Friend of I. Tellez, a Minor, and am one of the three (3) Petitioning Creditors, including Sona Tellez, Carlos Tellez.

Petitioning Creditors are all among a class of beneficiaries and/or representatives of victims, which include wrongful-death claims, arising from the negligent accident involving the Debtor's tractor-trailer.  This accident occurred on December 19, 2020, Juan Manuel Carrera was driving a tractor-trailer combination, owned and controlled by Josiah's Trucking LLC and David Vasquez, northbound on FM 493 in Edinburg, Texas. When entering a curve in the roadway, Mr. Carrera lost control of the tractor-trailer sending the trailer portion of the vehicle into the southbound lane.   At that moment, Carlos Tellez, Jr., was travelling in a vehicle in the southbound lane on FM 493. The trailer portion of the tractor-trailer invaded the southbound lane striking Carlos Tellez, Jr., causing fatal injuries that led to his death.   Anna Isabel Ortiz also sustained fatal injuries as a result of the Accident.

---

[1]       This Declaration is made pursuant to 28 U.S.C.§ 1746 and 32 C.F.R. 516.26 and as a certification pursuant to Rules 803(6) and certification pursuant to 902(11)Federal Rules of Evidence



**PC Exhibit**

**9**

Josiah's Trucking LLC; 21-70009

000034

The Petitioning Creditors, as beneficiaries and/or representatives of Carlos Tellez in the automobile struck by the Debtor's tractor-trailer, all suffered their damages and injuries from the same event, same facts, and same occurrence, and have no less than the same, or more, evidence of liability for their injuries and evidence of their damages as the driver of the vehicle.

The voluntary petition filed by me and the two other Petitioning Creditors discloses $8 million total in our personal injury claims. I understand that there are little assets of the Debtor's company and no other insurance, other than the proceeds of Debtor's Insurance policy issued by Brooklyn Specialty Insurance Co. RRG, Inc.

Further affiant sayeth not.

_____

Rosemary Rodriguez

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served to those parties listed below and/or those parties registered with the Court's electronic noticing system on February 1, 2021.

Josiah's Trucking LLC (Via U.S. mail)
c/o David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, TX 78542

Brooklyn Specialty Insurance (via email: claims@brooklynspecialty.com)
Company RRG, Inc.
5630 University Pkwy
Winston-Salem, NC 27105

Rogelio Solis (Via email: rogelio@381help.com)
Daniel Sorrells (via email: daniel@381help.com)
Law Office of Rogelio Solis, PLLC
PO Box 2307
Edinburg, TX 78540
Attorney for Ana Gomez and Reyes Adrian Ortiz obo Anna Isabel Ortiz, deceased

Luis M. Cardenas (via email: luis@escobedocardenas.com)
Escobedo & Cardenas, L.L.P.
1602 Dulcinea
Edinburg, Texas 78539
Attorney for Sonia Tellez,
Carlos Tellez and Rose Mary
Rodriguez, Individually and
As Next Friend of I. Tellez, a minor

/s/ Shelby A. Jordan
Shelby A. Jordan

☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 3 | Total Num. Prsns. | 3 | TxDOT Crash ID |
|---|---|---|---|---|
| | | | | 18030167.1 /2020526284 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Texas Department of Transportation

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 12/19/2020  *Crash Time (24HRMM): 0021  Case ID: 3223731  Local Use:

*County Name: HIDALGO  *City Name:  ☒ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees): 26 * 31617 8  Longitude — (decimal degrees): 09 * 8 03721

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.: FM  *Hwy. Num.: 493  2 Rdwy. Part: 1  Block Num.:  3 Street Prefix:  *Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  Speed Limit: 55  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No  1 Rdwy. Sys.: FM  Hwy. Num.: 1925  2. Rdwy. Part: 1  Block Num.:  3 Street Prefix:  Street Name: Monte Cristo  4 Street Suffix: RD

Distance from Int. or Ref. Marker: 0.23  ☐ FT ☒ MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.:  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 1  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: R522971  VIN: 1XKYDP9X1FPJ44....  ☐ Pol. Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2015  6. Veh. Color: WHI  Veh. Make: KENWORTH  Veh. Model: T680  7 Body Style: TT

8 DL/ID Type: 2  DL/ID State: TX  DL/ID Num.: 37498292  9 DL Class: A  10 CDL End.: N  11 DL Rest.: 96  DOB (MM/DD/YYYY): 08/19/1984

Address (Street, City, State, ZIP): 7513 Lilia ST Pharr, TX 78577

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Carrera, Juan Manuel | N | 36 | H | 1 | 1 | 1 | 97 | N | 2 | | | 2 | 99 | 99 |
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: Dakota Financial LLC, 7612 Petirrojo ST Edinburg, TX 78542

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 2  Fin. Resp. Name: Brooklyn Specialty Insurance  Fin. Resp. Num.: ATP-4-062020

Fin. Resp. Phone Num.: 305-603-7757  27 Vehicle Damage Rating 1: 6 - B R - 1  27 Vehicle Damage Rating 2: - -  Vehicle Inventoried ☒ Yes ☐ No

Towed By: AT Wrecker, 956-787-3300  Towed To: 93 E. Business 83, Alamo, TX 78516

---

Unit Num.: 2  5 Unit Desc.: 6  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: 128C348  VIN: 1UYVS2536TU9....  ☐ Pol. Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2007  6. Veh. Color: WHI  Veh. Make: UTILITY TRAILER MFG  Veh. Model: UNKNOWN  7 Body Style: TL

8 DL/ID Type:  DL/ID State:  DL/ID Num.:  9 DL Class:  10 CDL End.:  11 DL Rest.:  DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: Josiah's Trucking LLC, 7612 Petirrojo ST Edinburg, TX 78542

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 2  Fin. Resp. Name: Brooklyn Specialty Insurance  Fin. Resp. Num.: ATP-4-062020

Fin. Resp. Phone Num.: 305-603-7757  27 Vehicle Damage Rating 1: 9 - L B Q - 1  27 Vehicle Damage Rating 2: 3 - R F Q - 1  Vehicle Inventoried ☒ Yes ☐ No

Towed By: AT Wrecker, 956-787-3300  Towed To: 93 E. Bus 83, Alamo, TX 78516

**PC Exhibit**

**10**

Josiah's Trucking LLC; 21-70009

PC_00007

Case 21-70009   Document 49   File...   Page 38 of 58

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|-----------|----------|----------|---------------------------|------------------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|-----------|--------|-------------------------|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |
| | | |

## CMV

Unit Num. 1  ☒ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☒ No  28 Veh. Oper. 1  29 Carrier ID Type 1  Carrier ID Num. 03431516

Carrier's Corp. Name Josiah's Trucking LLC  Carrier's Primary Addr. 7612 Petirrojo ST Edinburg, TX 78542  30 Veh. Type 7

31 Bus Type 0  ☒ RGVW ☐ GVWR 8 | 0 | 0 | 0 | 0  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type 3

Unit Num. 2  ☒ RGVW ☐ GVWR 1 | 6 | 0 | 0 | 0  34 Trlr. Type 2  CMV Disabling Damage? ☒ Yes ☐ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  2  35 Seq. 2  13  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☒ No  Actual Gross Weight 8 | 0 | 0 | 0 | 0  Total Num. Axles 6

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 60 | | | | 3 | 2 | 97 | 1 | 4 | 2 | 12 |

## NARRATIVE AND DIAGRAM

### Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Unit 1 is towing Unit 2. Unit 1 was traveling north on FM 493. The driver of Unit 1 was traveling north at an unsafe speed due to roadway conditions (light rain, wet road, dark). As Unit 1 was taking the curve, the driver of Unit 1 stated he felt the steering wheel jerk to the right out of his control. Unit 1 jackknifed with Unit 2; striking Unit 2's right front quarter with Unit 1's right passenger side. Unit 3 was traveling south on FM 493. Unit 3 struck Unit 2's left back quarter with its front left. The driver of Unit 1 voluntarily provided a blood specimen for alcohol and drug analysis. Results are pending.

Field Diagram - Not to Scale



FM 493

## INVESTIGATOR

Time Notified (24HR:MM) 0 0 2 1  How Notified DPS Communications  Time Arrived (24HRMM) 0 0 2 9  Report Date (MM/DD/YYYY) 12 / 19 / 2020

Invest. Comp. ☐ Yes ☒ No  Investigator Name (Printed) Castillo, Genaro  ID Num. 13856

ORI Num.  *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS  Service/Region/DA H P 3 A 0 1

☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 3 | Total Num. Prsns. | 3 | TxDOT Crash ID | 18030167.1 /2020526284 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 12/19/2020  *Crash Time (24HRMM): 0021  Case ID: 3223731  Local Use:

*County Name: HIDALGO  *City Name:  ☒ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees): 2 6 . 3 1 6 7 8  Longitude — (decimal degrees): 0 9 . 0 3 7 2 1

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.: FM  *Hwy. Num.: 493  2 Rdwy. Part: 1  Block Num.:  3 Street Prefix:  *Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit: 55  Const. Zone: ☐ Yes ☒ No  Workers Present: ☐ Yes ☒ No  Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No  1 Rdwy. Sys.: FM  Hwy. Num.: 1925  2. Rdwy. Part: 1  Block Num.:  3 Street Prefix:  Street Name: Monte Cristo  4 Street Suffix: RD

Distance from Int. or Ref. Marker: 0.23  ☐ FT ☒ MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.:  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 3  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: MYJ4854  VIN: 3 N 1 A B 7 A P 2 F L 6 4 3 2 9 0

Veh. Year: 2 0 1 5  6. Veh. Color: GRY  Veh. Make: NISSAN  Veh. Model: SENTRA  7 Body Style: P4  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 38458464  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): 1 2 / 0 2 / 1 9 9 7

Address (Street, City, State, ZIP): 1822 E 29th ST Weslaco, TX 78596

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Ortiz, Anna Isabel | A | 23 | H | 2 | 1 | 1 | 5 | 97 | N | 2 | | 96 | 97 | 97 |
| 2 | 2 | 3 | Tellez Jr, Carlos Alberto | A | 22 | H | 1 | 1 | 96 | 5 | 97 | N | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: Ortiz, Anna Isabel, 3707 E US Bus 83 Lot 215  Donna, TX 78537

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 2  Fin. Resp. Name: Loya Insurance Company  Fin. Resp. Num.: 78525519362

Fin. Resp. Phone Num.: 800-880-0472  27 Vehicle Damage Rating 1: 1 1 2 - F L - 6  27 Vehicle Damage Rating 2: -  Vehicle Inventoried: ☒ Yes ☐ No

Towed By: Capital Towing, 956-900-1927  Towed To: 10415 N. Expy 281, Edinburg, TX 78550

Unit Num.:  5 Unit Desc.:  ☐ Parked Vehicle  ☐ Hit and Run  LP State:  LP Num.:  VIN:

Veh. Year:  6. Veh. Color:  Veh. Make:  Veh. Model:  7 Body Style:  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:  DL/ID State:  DL/ID Num.:  9 DL Class:  10 CDL End.:  11 DL Rest.:  DOB (MM/DD/YYYY): /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☐ Owner ☐ Lessee  Owner/Lessee Name & Address:

Proof of Fin. Resp.: ☐ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type:  Fin. Resp. Name:  Fin. Resp. Num.:

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: -  27 Vehicle Damage Rating 2: -  Vehicle Inventoried: ☐ Yes ☐ No

Towed By:  Towed To:

PC_000039

Case 21-70009 Document 49 File...(723721 Page 40 of 58

Case ID 3223731

TxDOT Crash ID 18030167.1/2020526284

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 3 | 1 | Doctors Hospital at Renaissance | Hidalgo County EMS | | |
| 3 | 2 | Doctors Hospital at Renaissance | Air Evac EMS | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | □ 10,001+ LBS. | □ TRANSPORTING HAZARDOUS MATERIAL | □ 9+ CAPACITY | CMV Disabling Damage? □ Yes □ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | □ RGVW □ GVWR | HazMat Released □ Yes □ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No | Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit □ Yes □ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

## INVESTIGATOR

| Time Notified (24HR:MM) 0 0 2 1 | How Notified DPS Communications | Time Arrived (24HR:MM) 0 0 2 9 | Report Date (MM/DD/YYYY) 1 2 / 1 9 / 2 0 2 0 |
|---|---|---|---|

Injury Comp. □ Yes ☒ No | Investigator Name (Printed) Castillo, Genaro | ID Num. 13856

ORI Num. | *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS | Service/ Region/DA H P 3 A 0 1



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

ENTERED
02/02/2021

| | | |
|---|---|---|
| In re | § | Case No. 21-70009 |
| | § | |
| **JOSIAH'S TRUCKING LLC** | § | **(Involuntary Proceeding)** |
| | § | |
| Alleged Debtor. | § | |

**ORDER FOR THE APPOINTMENT OF AN INTERIM TRUSTEE**
**Resolving ECF No. 3**

This matter came on for hearing on the 2nd day of February, 2021, upon *Emergency Motion for an Order Appointing an Interim Trustee under 11 U.S.C. § 701 and Granting Emergency Relief* (the "Motion") filed in this involuntary case by the Petitioning Creditors[1], requesting the appointment of an interim trustee pursuant to 11 U.S.C. § 303(g) and Rule 2001 of the Federal Rules of Bankruptcy Procedure. The Court having considered the Motion and any responses thereto, finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that notice of the Motion and the opportunity for hearing on the Motion was appropriate under the particular circumstances; it is

ORDERED that the Motion is GRANTED, the appointment being necessary to protect and preserve property of the Alleged Debtor's estate and to prevent concealment, waste, loss or conversion, if any, of the assets of the estate by the Alleged Debtor. Additionally, there is an immediate need for an investigation of known and potential assets; it is further

ORDERED that the United States Trustee shall appoint an interim trustee under 11 U.S.C. § 701 to preserve property of the estate and to prevent loss to the estate and shall consider the election of the Petitioning Creditors and all parties-in-interest to name an Interim Trustee, pending a full and complete election or decision by creditors, if any should be involved; and it is

further [1] The Petitioning Creditors filing the original Involuntary Petition are: Sonia Tellez, Carlos Tellez and Rosemary Rodriguez, Individually and as next friend of I. Tellez, a minor.

**PC Exhibit**

**11**

Josiah's Trucking LLC; 21-70009

PC_000041

ORDERED that the duties of the interim trustee shall include the following, but not limited to: (1) take possession of the property of the Alleged Debtor's estate and to operate the Alleged Debtor's business including temporary and preliminary injunctive relief to preserve the proceeds of the Debtor's insurance policies in the hands of any third party; (2) collect and analyze the Alleged Debtor's financial records to identify all property lost through fraudulent transfers and/or preferences, if any, and to bring the property back into the estate for the benefit of creditors; and (3) taking of all other acts necessary to preserve and protect the property of the estate, including taking possession of property as might be necessary to prevent any further loss to the estate.

ORDERED that, pursuant to Rule 2001(b) of the Federal Rules of Bankruptcy Procedure, the appointment of the interim trustee by the United States Trustee is contingent upon the furnishing of a bond by the Petitioning Creditors in the amount of $100.00 conditioned to indemnify the Alleged Debtor for costs, attorney's fees, expenses, and damages allowable under 11 U.S.C. § 303(i).

Signed: February 02, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

**Exhibit B**

# Pulman, Cappuccio & Pullen, LLP
### Attorneys & Counselors

**Catherine Stone Curtis**
(956) 467-1900 x402
ccurtis@pulmanlaw.com

**2161 NW Military Highway, Suite 400**
**San Antonio, Texas 78213**
**www.pulmanlaw.com**
**Telephone: (210) 222-9494**
**Facsimile: (210) 892-1610**

Office Locations:
San Antonio
Dallas / Fort Worth
(By Appointment Only)
McAllen

February 5, 2021

*VIA HAND DELIVERY VIA COURIER SERVICE*
*VIA LONE STAR OVERNIGHT*
*VIA CERTIFIED MAIL, RRR*

Josiah's Trucking, LLC
Attn: David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, Texas 78542

     Re:   *Bankruptcy Case No. 21-70009; In re Josiah's Trucking, LLC, Alleged Debtor;*
         **IMMEDIATE ATTENTION REQUIRED**

Dear Mr. Vasquez:

    I am the interim trustee appointed in the involuntary bankruptcy proceeding filed against Josiah's Trucking, LLC, of which you are the managing member and registered agent. A copy of the bankruptcy court's order appointing an interim trustee in the case and the United States Trustee's Notice of my appointment are attached for your reference.

    As trustee, I write today to: take possession of the property belonging to Josiah's Trucking, LLC; collect and analyze the financial records of Josiah's Trucking LLC; take all acts necessary to preserve and protect property of the estate, and all other acts authorized by the court's order and Title 11 of the Untied States Code (the "Bankruptcy Code"). Accordingly, I demand immediate turnover of:

(1) The location, access/gate code information, keys, titles, and all other identifying information for all vehicles, equipment, office furniture, or any other personal property or assets belonging to Josiah's Trucking, LLC, **no later than 5:00 p.m. on Monday, February 8, 2021**. Regarding any vehicles or other equipment in particular, please provide the physical location and access information and provide the keys to my office location, which is provided below.

**(2)** The QuickBooks (or similar bookkeeping software, if used in the past two (2) calendar or fiscal years of the company) extract file for 2019, 2020, and 2021, including user names

{00517056}

**PC Exhibit**

**12**

Josiah's Trucking LLC; 21-70009

PC_000043

Page 2 of 2
Letter to David Vasquez
February 5, 2021

and passwords, delivered via DropBox or similar to ccurtis@pulmanlaw.com, **no later than 5:00 p.m. on Monday, February 8, 2021.**

(3) The last two (2) years of complete bank statements, from including complete account numbers on the statements, for any financial account to which Josiah's Trucking, LLC or you, on behalf of Josiah's Trucking, LLC, has signatory authority, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

(4) The last two (2) years of filed tax returns for Josiah's Trucking, LLC, including all depreciation or other attached schedules, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

(5) The and 2019 and 2020 general ledger, end of year balance sheet, end of year profit and loss statement, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

(6) Copies of all insurance policies including riders, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

My physical office address is:

Pulman, Cappuccio & Pullen LLP
6316 N. 10th St. Bldg. A, Ste. 102
McAllen, Texas 78504.

Please call 956-467-1900 ext. 405 upon your arrival.

Thank you for your prompt cooperation.

Sincerely,

Catherine Stone Curtis

CSC
Enclosures

cc: Mr. Simon Meyer, *via email* simon.meyer@lockelord.com



{00517056}

**Invoice**  465152

HFlow Logistics Services  956-330-6372

SOLD TO:
ADDRESS: Mary Garcia 6316 N. 10th St #102
CITY, STATE, ZIP: McAllen Tx.

SHIP TO: David Vasquez
ADDRESS: 1612 Petirrojo St.
CITY, STATE, ZIP: Edinburg Tx 78542

CUSTOMER ORDER NO. | SOLD BY | TERMS: Sameday | F.O.B. | DATE 2/8/21

1 | Ear mail

Received by: Thanaly Lara
Sign Thanaly Lara
2/8/21

PC Exhibit
13
Josiah's Trucking LLC; 21-70009
exhibitsticker.com

# Exhibit C



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5458 9189 0287 02

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box●

Catherine S. Curtis, Ch 7 Trustee
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Josiahs Trucking, LLC
Attn: David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, TX 78542

9590 9402 5458 9189 0287 02

2. Article Number (Transfer from service label)
7019 2280 0000 5537 7763

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mej, A_                    ☐ Agent
                              ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
   _Mejia_                        2-8-21
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Exhibit C**

WWW.LSO.COM
Questions? Call 800-800-8984

# LSO

Airbill No.  **LSO0AZGC**

| **1. To:** | |
|---|---|
| Print Name (Person) David Vasquez | Phone (Important) |
| Company Name Vosiahs Trucking LLC | |
| Street Address (No P.O. Box or P.O. Box Zip Code/Deliveries) 7612 Petimaje Street | |
| Suite / Floor | |
| City Edinburg | State Texas | Zip 78542 |

| **2. From:** | |
|---|---|
| Print Name (Person) Catherine S. Curtis (956) 467-1900 | Phone (Important) |
| Company Name Pulman, Cappuccio & Pullen LLP | |
| Street Address 6316 N. 10th St. | |
| Suite / Floor Bldg A, Ste 102 | |
| City McAllen | State TX | Zip 78504 |

**3. Service:** Visit www.lso.com for availability of services to your destination and enjoy added features by creating your shipping label online.

- [ ] **LSO Priority Overnight**\*
  By 10:30 a.m. to most cities
- [ ] **LSO Early Overnight**\*
  By 8:30 a.m. select cities
- [ ] **LSO Economy Next Day**\*
  By 3 p.m. to most cities
- [ ] **LSO 2nd Day**\*

- [ ] LSO Ground
- [ ] LSO Saturday\*
- [ ] Other _____

\*Check commitment times and availability at www.lso.com

**Assumed LSO Priority Overnight service unless otherwise noted.**

- [ ] Deliver Without Delivery Signature (See Limits of Liability below)

Release Signature

L_____ x W_____ x H_____

**4. Package:**

Weight: _____   Declared Value: _____

Your Company's Billing Reference Information
Ltr to Vosiah's Trucking
21-70009   2050.834

Ship Date: (mm/dd/yy)  2 '5 '21

**5. Payment:**  Bill To Account Number  33068

**DON'T HAVE AN ACCOUNT NUMBER?**
No problem! **Pay by CREDIT CARD online.** Visit LSO.COM and click the "SHIP WITH CREDIT CARD" button to pay for your shipments securely online. Or open an account today at LSO.COM.

For Your Security, LSO No Longer Accepts Credit Card Numbers Written On Airbills.

**FOR DRIVER USE ONLY**

Driver Number _____

- [ ] Check here if LSO Supplies are used with LSO Ground Service.

Pick-up Location _____

Date: _____

Time: _____
City Code: _____

ILLEGIBLE HANDWRITING ON AIRBILL MAY DELAY TRANSIT TIMES OR RESULT IN NON-DELIVERY. LIMIT OF LIABILITY: We are not responsible for claims in excess of $100 for any reason unless you: 1) declare a greater value (not to exceed $25,000); 2) pay an additional fee; 3) and document your actual loss in a timely manner. We will not pay any claim in excess of the actual loss. We are not liable for any special or consequential damages. If you ask us to deliver a package without obtaining a delivery signature, you release us of all liability for claims resulting from such service. "Signature Required" service is only available when printing a label online at LSO.com. NO DELIVERY SIGNATURE WILL BE OBTAINED FOR LSO EARLY OVERNIGHT SERVICE. Packaging provided by LSO is for EXPRESS USE ONLY – NEVER TO BE USED FOR LSO GROUND SERVICE. OVERSIZE RATES MAY APPLY. DELIVERY COMMITMENTS MAY VARY. ADDITIONAL FEES MAY APPLY. See LSO Service Guide for further details.

PC_000047

# PULMAN, CAPPUCCIO & PULLEN, LLP
## ATTORNEYS & COUNSELORS

CATHERINE STONE CURTIS
(956) 467-1900 X402
CCURTIS@PULMANLAW.COM

2161 NW MILITARY HIGHWAY, SUITE 400
SAN ANTONIO, TEXAS 78213
WWW.PULMANLAW.COM
TELEPHONE: (210) 222-9494
FACSIMILE: (210) 892-1610

OFFICE LOCATIONS:
SAN ANTONIO
DALLAS / FORT WORTH
(BY APPOINTMENT ONLY)
MCALLEN

February 9, 2021

*VIA LONE STAR OVERNIGHT*
*VIA CERTIFIED MAIL, RRR*
*VIA FIRST CLASS U.S. MAIL*

Josiah's Trucking, LLC
Attn: David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, Texas 78542

Re:   *Bankruptcy Case No. 21-70009; In re Josiah's Trucking, LLC, Alleged Debtor;*
      ***IMMEDIATE ATTENTION REQUIRED***

Dear Mr. Vasquez:

I am the interim trustee appointed in the involuntary bankruptcy proceeding filed against Josiah's Trucking, LLC (the "Alleged Debtor"), of which you are the managing member and registered agent. I sent you the enclosed correspondence on February 5, 2021, requesting turnover of the Alleged Debtor's assets. A copy of the letter was re-delivered to you by courier on Monday, February 8, 2021. To date, you have not responded to the letter or turned over any records or assets.

I again demand turnover of the Alleged Debtor's assets and financial records as stated in the enclosed letter. If you do not provide these documents **by 5:00 p.m. on Thursday, February 11, 2021**, I will file appropriate pleadings with the United States Bankruptcy Court for the Southern District of Texas, McAllen Division, to compel your compliance, and may request attorney's fees and expenses.

I am sending this letter directly to you because it is my understanding that you are not represented by an attorney. If you have questions about what your rights are, you should consult with an attorney. Neither me, my staff, nor any professional employed on my behalf can provide you with legal advice.

{00517331}

PC Exhibit

**14**

Josiah's Trucking LLC; 21-70009

Page 2 of 2
Letter to David Vasquez
February 9, 2021

      Thank you for your prompt cooperation.

                              Sincerely,

                              Catherine Stone Curtis

CSC/
Enclosures

cc:  Mr. Simon Mayer, *via email* simon.mayer@lockelord.com

{00517331}

# Pulman, Cappuccio & Pullen, LLP

### Attorneys & Counselors

**Catherine Stone Curtis**
(956) 467-1900 x402
ccurtis@pulmanlaw.com

**2161 NW Military Highway, Suite 400**
**San Antonio, Texas 78213**
**www.pulmanlaw.com**
**Telephone: (210) 222-9494**
**Facsimile: (210) 892-1610**

**Office Locations:**
San Antonio
Dallas / Fort Worth
(By Appointment Only)
McAllen

February 5, 2021

*VIA HAND DELIVERY VIA COURIER SERVICE*
*VIA LONE STAR OVERNIGHT*
*VIA CERTIFIED MAIL, RRR*

Josiah's Trucking, LLC
Attn: David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, Texas 78542

> Re:  *Bankruptcy Case No. 21-70009; In re Josiah's Trucking, LLC, Alleged Debtor;*
> **_IMMEDIATE ATTENTION REQUIRED_**

Dear Mr. Vasquez:

I am the interim trustee appointed in the involuntary bankruptcy proceeding filed against Josiah's Trucking, LLC, of which you are the managing member and registered agent. A copy of the bankruptcy court's order appointing an interim trustee in the case and the United States Trustee's Notice of my appointment are attached for your reference.

As trustee, I write today to: take possession of the property belonging to Josiah's Trucking, LLC; collect and analyze the financial records of Josiah's Trucking LLC; take all acts necessary to preserve and protect property of the estate, and all other acts authorized by the court's order and Title 11 of the Untied States Code (the "Bankruptcy Code"). Accordingly, I demand immediate turnover of:

(1) The location, access/gate code information, keys, titles, and all other identifying information for all vehicles, equipment, office furniture, or any other personal property or assets belonging to Josiah's Trucking, LLC, **no later than 5:00 p.m. on Monday, February 8, 2021**. Regarding any vehicles or other equipment in particular, please provide the physical location and access information and provide the keys to my office location, which is provided below.

**(2)** The QuickBooks (or similar bookkeeping software, if used in the past two (2) calendar or fiscal years of the company) extract file for 2019, 2020, and 2021, including user names

{00517056}

PC_000050

Page 2 of 2
Letter to David Vasquez
February 5, 2021

and passwords, delivered via DropBox or similar to ccurtis@pulmanlaw.com, **no later than 5:00 p.m. on Monday, February 8, 2021.**

(3) The last two (2) years of complete bank statements, from including complete account numbers on the statements, for any financial account to which Josiah's Trucking, LLC or you, on behalf of Josiah's Trucking, LLC, has signatory authority, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

(4) The last two (2) years of filed tax returns for Josiah's Trucking, LLC, including all depreciation or other attached schedules, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

(5) The and 2019 and 2020 general ledger, end of year balance sheet, end of year profit and loss statement, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

(6) Copies of all insurance policies including riders, delivered via Drop Box or similar software or via email to ccurtis@pulmanlaw.com, or a physical copy of said bank statements delivered to my physical office address **no later than 5:00 p.m. on Monday, February 8, 2021.**

My physical office address is:

Pulman, Cappuccio & Pullen LLP
6316 N. 10th St. Bldg. A, Ste. 102
McAllen, Texas 78504.

Please call 956-467-1900 ext. 405 upon your arrival.

Thank you for your prompt cooperation.

Sincerely,

Catherine Stone Curtis

CSC
Enclosures

cc: Mr. Simon Meyer, *via email* simon.meyer@lockelord.com



{00517056}

ENTERED
02/02/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In re | § | Case No. 21-70009 |
| | § | |
| JOSIAH'S TRUCKING LLC | § | (Involuntary Proceeding) |
| | § | |
| Alleged Debtor. | § | |

**ORDER FOR THE APPOINTMENT OF AN INTERIM TRUSTEE**
**Resolving ECF No. 3**

This matter came on for hearing on the 2nd day of February, 2021, upon *Emergency Motion for an Order Appointing an Interim Trustee under 11 U.S.C. § 701 and Granting Emergency Relief* (the "Motion") filed in this involuntary case by the Petitioning Creditors[1], requesting the appointment of an interim trustee pursuant to 11 U.S.C. § 303(g) and Rule 2001 of the Federal Rules of Bankruptcy Procedure. The Court having considered the Motion and any responses thereto, finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that notice of the Motion and the opportunity for hearing on the Motion was appropriate under the particular circumstances; it is

ORDERED that the Motion is GRANTED, the appointment being necessary to protect and preserve property of the Alleged Debtor's estate and to prevent concealment, waste, loss or conversion, if any, of the assets of the estate by the Alleged Debtor. Additionally, there is an immediate need for an investigation of known and potential assets; it is further

ORDERED that the United States Trustee shall appoint an interim trustee under 11 U.S.C. § 701 to preserve property of the estate and to prevent loss to the estate and shall consider the election of the Petitioning Creditors and all parties-in-interest to name an Interim Trustee, pending a full and complete election or decision by creditors, if any should be involved; and it is further

---

[1] The Petitioning Creditors filing the original Involuntary Petition are:  Sonia Tellez, Carlos Tellez and Rosemary Rodriguez, Individually and as next friend of I. Tellez, a minor.

PC_000052

ORDERED that the duties of the interim trustee shall include the following, but not limited to: (1) take possession of the property of the Alleged Debtor's estate and to operate the Alleged Debtor's business including temporary and preliminary injunctive relief to preserve the proceeds of the Debtor's insurance policies in the hands of any third party; (2) collect and analyze the Alleged Debtor's financial records to identify all property lost through fraudulent transfers and/or preferences, if any, and to bring the property back into the estate for the benefit of creditors; and (3) taking of all other acts necessary to preserve and protect the property of the estate, including taking possession of property as might be necessary to prevent any further loss to the estate.

ORDERED that, pursuant to Rule 2001(b) of the Federal Rules of Bankruptcy Procedure, the appointment of the interim trustee by the United States Trustee is contingent upon the furnishing of a bond by the Petitioning Creditors in the amount of $100.00 conditioned to indemnify the Alleged Debtor for costs, attorney's fees, expenses, and damages allowable under 11 U.S.C. § 303(i).

Signed:  February 02, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge



USPS TRACKING #

9590 9402 5458 9189 0287 33

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-40

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box®

Catherine S. Curtis, Ch 7 Trustee
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504

21-70009

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Josiah's Trucking, LLC
Attn: David Vasquez
7612 Petirrojo Street
Edinburg, TX 78542

9590 9402 5458 9189 0287 33

2. Article Number (Transfer from service label)

7019 2280 0000 5537 7749

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**PC Exhibit**

**15**

Josiah's Trucking LLC; 21-70009

PC_000054

**Exhibit E**

WWW.LSO.COM
Questions? Call 800-800-8984

LSO

*Airbill No.* **50132850**

| 1. To: | Print Name (Person) | Phone (Important) | 2. From: | Print Name (Person) | Phone (Important) |
|---|---|---|---|---|---|

**1. To:** Print Name (Person) David Vasquez   Phone (Important)

Company Name
Josiah's Trucking, LLC

Street Address (No P.O. Box or P.O. Box Zip Code*Delivered)
7612 Potirajo Street

Suite / Floor

City Edinburg   State Texas   Zip 78542

**2. From:** Print Name (Person) Catherine S. Curtis   Phone (Important) 956-467-1900

Company Name
Palman Cappuccio & Pullen, LLP

Street Address
6316 N. 10th St.

Suite / Floor
Bldg A Ste 102

City McAllen   State Texas   Zip 78504

**3. Service:** Visit www.lso.com for availability of services to your destination and enjoy added features by creating your shipping label online.

☑ LSO Priority Overnight*
By 10:30 a.m. to most cities

☐ LSO Early Overnight*
By 8:30 a.m. select cities

☐ LSO Economy Next Day*
By 3 p.m. to most cities

☐ LSO 2nd Day*

☐ Deliver Without Delivery Signature (See Limits of Liability below)

*Release Signature*

L_____ x W_____ x H_____

☐ LSO Ground

☐ LSO Saturday*

☐ Other_____

*Check commitment times and availability at www.lso.com

Assumed LSO Priority Overnight service unless otherwise noted.

**4. Package:**   Weight:   Declared Value:

Your Company's Billing Reference Information
Ltr to David Vasquez d 2/9/21
21-70009  2050, 834

Ship Date: (mm/dd/yy)  2 ' 9 ' 11

**5. Payment:**   Bill To Account Number
33068

Bill To Credit Card - MC, VISA, AMEX, DISCOVER

Credit Card Number

Expiration Date: (mm/yyy)         /

**FOR DRIVER USE ONLY**

Driver Number _____

☐ Check here if LSO Supplies are used with LSO Ground Service.

Pick-up Location _____

Date: _____

Time: _____
City Code:

LIMIT OF LIABILITY: We are not responsible for claims in excess of $100 for any reason unless you: 1) declare a greater value (not to exceed $25,000); 2) pay an additional fee; 3) and document your actual loss in a timely manner. We will not pay any claim in excess of the actual loss. We are not liable for any special or consequential damages. Additional limitations of liability are contained in our current Service Guide. If you ask us to deliver a package without obtaining a delivery signature, you release us of all liability for claims resulting from such service. NO DELIVERY SIGNATURE WILL BE OBTAINED FOR LSO EARLY OVERNIGHT SERVICE. PACKAGING PROVIDED BY LSO IS NOT INTENDED FOR USE ON LSO GROUND SERVICE. OVERSIZE RATES MAY APPLY. DELIVERY COMMITMENTS MAY VARY. ADDITIONAL FEES MAY APPLY.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In Re: | § | **Case No. 21-70009-EVR** |
| **JOSIAH'S TRUCKING, LLC** | § | **(Involuntary Proceeding)** |
| Debtor(s) | § | **Chapter 7** |

### CERTIFICATE OF SERVICE OF ORDER SETTING HEARING
### [Relates to Docket No. 26]

The signature below certifies that a notice has been served by first class U.S. mail or the method indicated below on February 12, 2021, that a telephonic and video hearing will be held on *Emergency Motion to Compel Alleged Debtor to Turn Over Property of the Estate* [Docket No. 26] on **February 19, 2021, at 10:30 a.m.** by Telephonic and Video Participation:

Dial-in Telephone number:  1-712-775-8972 Conference Code: 999276.

Video participation as instructed on Judge Eduardo V. Rodriguez's web page on the Southern District of Texas Bankruptcy Court website, United States Bankruptcy Judge Eduardo V. Rodriguez | Southern District of Texas (uscourts.gov).

Date:  February 12, 2021

Respectfully submitted,


*/S/CATHERINE S. CURTIS*
Catherine Stone Curtis
Texas Bar No. 24074100
Federal ID No. 1129434
**Pulman, Cappuccio & Pullen, LLP**
P.O. Box 720788
McAllen, TX 78504
Ph: (956) 467-1900
Fax: (956) 331-2815
Email: ccurtis@pulmanlaw.com
*CHAPTER 7 TRUSTEE*


PC Exhibit

16

Josiah's Trucking LLC; 21-70009

{00517829}

PC_000056

# Exhibit F

**U.S. Trustee**   (VIA CM/ECF Notice only)
US Trustee (and via email: AliciaMcCullar@usdoj.gov)
606 N. Carancahua Street Ste 1107
Corpus Christi, Texas 78401

Josiah's Trucking, LLC
c/o David Vasquez, Registered Agent
7612 Petirrojo Street
Edinburg, Texas 78542
*Alleged Debtor*
*Via US Mail and Via Certified Mail RRR*

Shelby Jordan (and via email:
sjordan@jhwclaw.com, aortiz@jhwclaw.com)
Antonio Ortiz
Jordan, Holzer & Ortiz, P.C.
500 N. Shoreline Blvd., Ste 900
Corpus Christi, Texas 78401
*Counsel for Petitioning Creditors*

Luis M. Cardenas (and via email:
luis@escobedocardenas.com )
Escobedo & Cardenas, L.L.P.
1602 Dulcinea
Edinburg, Texas 78539
*Attorney for Sonia Tellez, Carlos Tellez and*
*Rose Mary Rodriguez, Individually and As*
*Next Friend of I. Tellez, a minor*

Matthew Okin (and via email:
mokin@okinadams.com)
Okin Adams LLP
1113 Vine St. Ste. 240
Houston, Texas 77002
*Attorney for The Law Office of*
*Rogelio Solis; Rogelio Solis;*
*Ana Gomez, individually and obo*
*Anna Isabel Ortiz, deceased*

Jason A. Powers (and via email:
jason.powers@lewisbrisbois.com)
Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza Drive, Ste. 1400
Houston, Texas 77046
*Attorney for Brooklyn Specialty*
*Insurance*

*/S/CATHERINE STONE CURTIS*
Catherine Stone Curtis

{00517829}

**Exhibit F**



IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN

ENTERED
02/12/2021

| | | |
|---|---|---|
| IN RE: | § | |
| JOSIAH'S TRUCKING, LLC, | § | CASE NO: 21-70009 |
|     Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

ORDER
**SETTING ELECTRONIC HEARING**
*Regarding ECF No. 26*

1.     A hearing on Emergency Motion to Compel Alleged Debtor to Turn Over Property of the Estate [Relates to Docket No. 15], ECF No. 26, shall be conducted electronically before the United States Bankruptcy Court, Southern District of Texas, McAllen Division on **February 19, 2021 at 10:30 a.m..** (Central Standard Time).

2.     To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to:

   a. call in utilizing the dial-in-number for hearings before Judge Rodriguez at 712.775.8972, conference room number 999276 and to
   b. log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

3.     **Use of speaker phones are not permitted. Parties wishing to participate in the hearing must either pick up the receiver, or utilize some form of head set such as ear buds or headphones. Participants may not have more than one open phone line while participating.**

4.     Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5.     Within two business days of receipt of this Order, Movant must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

    SIGNED 02/12/2021

                                      Eduardo Rodriguez
                                United States Bankruptcy Judge

1 / 1

PC_000058